FILED

12 MAR 28 AM 8:47

DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

# Commonwealth of Pennsylvania

vs

## Matthew Lamar Ebo

| | |
|---|---|
| **CC No.** CC201202821 | **Offense Date** 05/16/2011 |
| **O.T.N. No.** G 547703-2 | **Filed Date** 12/07/2011 |
| **B.C.I. No.** | **Pre-Trial Date** 03/27/2012 |
| **S.I.D. No.** 27027024 | **180/365 Dates** 06/04/2012 / 12/06/2012 |
| **Race** Black | **F / A Date** 04/04/2012 |
| **Sex** Male | **Judge** |
| **SS #** | **Reporter** |
| **D.O.B.** | **Minute Clerk** |
| | **A.D.A.** |

**SEE ATTACHED SHEET CASE(S) TO BE LINKED**

**Count 1:** 182501A: CRIMINAL HOMICIDE

**Count 2:** 183701A1I: ROBBERY- SERIOUS BODILY INJURY

**Count 3:** 183702A: ROBBERY OF MOTOR VEHICLE

**Count 4:** 186106A1: CARRYING FIREARM WITHOUT A LICENSE

**Count 5:** 186105C: PERSON NOT TO POSSESS A FIREARM

**Count 6:** 18903A1: CRIMINAL CONSPIRACY

And now 6/7/12 the commonwealths motion to amend criminal information at count 6 to read conspiracy to commit robbery, count 7 will be amended to add criminal conspiracy to commit murder. Motion granted. See order filed.

And now 6/7/12 the commonwealths motion for discovery for the defense to disclose materials within paragraph four of the motion is to be delivered in a timely manner before trial. Motion granted See order filed.

Respondents' Exhibit 1

And now 4/13/22, motion for bond has been denied.

By the Court


————, J

Respondents' Exhibit 1

*Amended Information*

**\*CC201202821\***

## Commonwealth of Pennsylvania

vs

## Matthew Lamar Ebo

| | |
|---|---|
| CC No.   CC201202821 | Offense Date   05/16/2011 |
| O.T.N. No.   G 547703-2 | Filed Date   12/07/2011 |
| B.C.I. No. | Pre-Trial Date   03/27/2012 |
| S.I.D. No.   27027024 | 180/365 Dates   06/04/2012 / 12/06/2012 |
| Race   Black | F / A Date   04/04/2012 |
| Sex   Male | Judge |
| SS # | Reporter |
| D.O.B. | Minute Clerk |
| | A.D.A.   Steven M Stadtmiller |

**SEE ATTACHED SHEET CASE(S) TO BE LINKED**

Count 1: 182501A: CRIMINAL HOMICIDE

Count 2: 183701A1I: ROBBERY- SERIOUS BODILY INJURY

Count 3: 183702A: ROBBERY OF MOTOR VEHICLE

Count 4: 186106A1: CARRYING FIREARM WITHOUT A LICENSE

Count 5: 186105C: PERSON NOT TO POSSESS A FIREARM  NJ (M1)

Count 6: 18903A1: CRIMINAL CONSPIRACY

Count 7: 18903A1: CRIMINAL CONSPIRACY

over

Respondents' Exhibit 1

And now 7/2?/12 Commonwealths motion to introduce evidence at the trial has been GRANTED. See motion filed.

By the Court
[signature], J

And now 7/27/12 the Commonwealths motion to introduce evidence the 911 transcript at trial has been GRANTED. See motion filed.

By the Court
[signature], J

And now 7/27/12 the Commonwealths motion to present evidence of defendants Thaddeus Crumbleys actions on 4/2/11 has been GRANTED. See motion filed.

By the Court
[signature], J

And now 7/27/12 the motion to amend count 5 of the criminal information to 4105C has been granted and shall be heard non jury. See motion filed.

By the Court
[signature], J

Respondents' Exhibit 1

CASE(S) LINKED TOGETHER:

<u>COMMONWEALTH V. MATTHEW LAMAR EBO</u>

CC201111428   No Date        Judge:        D/A: Lawrence E Sachs
CC201113358   No Date        Judge:        D/A: Lawrence E Sachs

THADDEUS THOMAS CRUMBLEY
CC201202820   No Date        Judge:        D/A: Steven M Stadtmiller

DATE  8/22/12
JUDGE  Beth Lazzara
A.D.A.  Steve Stadtmiller
DEFT.  Randall McKinney
REPORTER  Janet Barto
MINUTE CLERK  Ashley Runhart
In regards to count 5
and now 8/22/12
Defendant present in open court with counsel pleads not guilty and waives trial by Jury. See waiver filed. on person not to possess.

DATE  8/22/12
JUDGE  Beth Lazzara
A.D.A.  Steve Stadtmiller
DEFT.  Randall McKinney
REPORTER  Janet Barto
MINUTE CLERK  ARunhart
and now 8/22/12
In Open Court Defendant(s) with counsel pleads Not Guilty. Issue joined by District Attorney.
JURY SWORN: 10:02 AM

and now 9/4/12 the defendant is adjudged at count 1 GUILTY
count 2 GUILTY
count 3 GUILTY
count 4 GUILTY
count 6 GUILTY
count 7 GUILTY

Verdict received on 9/4/12 at 2:34PM and recorded at 2:39PM
and now 9/4/12
Defendant(s) present in open court when verdict(s) by the Court recorded.

Respondents' Exhibit 1

AND NOW, 9/4/12
Defendant present in open court, after bench trial, Defendant is hereby adjudged **GUILTY** as charged. on count 5

BY THE COURT:

By the Court
[signature] J.

Defendant(s) present in open court when verdict(s) recorded.

Trial Judge.

By the Court
[signature] J.

WINNIE CLERK
REPORTER
DEFT
A.D.A.
JUDGE
DATE

AND NOW, 9/4/12
SENTENCE DEFERRED PENDING PRE-SENTENCE REPORT.

sentencing set November 28, 2012

and now 10/5/12 the defense motion for extraordinary relief has been DENIED.

By the Court
[signature] J.

and now 10/5/12 the defense motion for amended relief has been DENIED

By the Court
[signature] J.

and now 10/5 the motion to proceed in forma pauperis has been GRANTED

By the Court
[signature] J.

WINNIE CLERK
REPORTER

And now 10/5/12 the motion with regards to Richard Carpenter and Jadey Robinson has been DENIED

By the Court
[signature] J.

JUDGE
DATE

And now 11/28/12

SENTENCE PENALTY IMPOSED.
SEE ORDER FILED.

CR-M. Spagnolo

IN THE COURT OF COMMON PLEAS
COUNTY OF ALLEGHENY
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA

VS.

MATTHEW LAMAR EBO

Criminal Action No. CC201202821

The District Attorney of ALLEGHENY County, by this information charges that on (or about) Monday, the 16th day of May, 2011 in the said County of ALLEGHENY, MATTHEW LAMAR EBO hereinafter called actor, did commit the crime or crimes indicated herein, that is:

Count 1     CRIMINAL HOMICIDE     Murder

The actor intentionally, knowingly, recklessly or negligently caused the death of Todd Mattox another human being, in violation of Section 2501 (a) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §2501(a), as amended.

Count 2     ROBBERY- SERIOUS BODILY INJURY     Felony 1

The actor in the course of committing a theft, either inflicted serious bodily injury upon Todd Mattox threatened that person or persons with, or put that person or persons in fear of immediate serious bodily injury, in violation of Section 3701(a)(1)(i) or (ii) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §3701 (a)(1)(i) or (ii).

Count 3     ROBBERY OF MOTOR VEHICLE     Felony 1

The actor stole or took a motor vehicle, namely, a Nissan Sentra, from another person in the presence of that person or any other person in lawful possession of the motor vehicle, namely Todd Mattox, in violation of Section 3702 of the Pennsylvania Crimes Code, Act 28 of June 8, 1993, 18 Pa. C.S. §3702, as amended.

Count 4     CARRYING FIREARM WITHOUT A LICENSE     Felony 3

The actor carried, without a license therefore as provided by Chapter 61, Subchapter A of the Pennsylvania Crimes Code, 18 Pa. C.S. §6101 et. seq., a firearm concealed on or about his person, or in a vehicle, in violation of Section 6106 of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §6106, as amended.

Page 1 of 2

Respondents' Exhibit 1

Count 5        **PERSON NOT TO POSSESS A FIREARM**        Misdemeanor 1

The actor possessed, used, controlled, sold, transferred, manufactured or obtained a license to possess, use, control, sell, transfer or manufacture a firearm, said actor being a person who was adjudicated delinquent of Rape and/or Aggravated Assault in violation of Section 6105(a)(1) and (c) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa.C.S. §6105(a)(1) and (c), as amended.

Count 6        **CRIMINAL CONSPIRACY**        Felony 1

The actor, with the intent of promoting or facilitating the crime(s) of Robbery, conspired and agreed with Thaddeus Crumbley that they or one or more of them would engage in conduct constituting such crime(s) or an attempt or solicitation to commit such crime(s), and in furtherance thereof committed one or more of the following overt acts: brandished a firearm and/or pointed a firearm at Todd Mattox and/or robbed and/or shot Todd Mattox and/or took the victim's property, in violation of Section 903 (a) (1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §903 (a)(1), as amended.

Count 7        **CRIMINAL CONSPIRACY**        Murder

The actor, with the intent of promoting or facilitating the crime(s) of Murder conspired and agreed with Thaddeus Crumbley that they or one or more of them would engage in conduct constituting such crime(s) or an attempt or solicitation to commit such crime(s), and in furtherance thereof committed one or more of the following overt acts: brandished a firearm and/or pointed a firearm at Todd Mattox and/or shot Todd Mattox, in violation of Section 903 (a) (1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §903 (a)(1), as amended.

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

_____
Attorney for the Commonwealth

Respondents' Exhibit 1