# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 1 of 25

## CASE INFORMATION

Cross Court Docket Nos:  1194 WDA 2013, 92 WDA 2016, 679 WDA 2018, 279 WAL 2017, 58 WDA 2020, 61 WAL 2021

| | |
|---|---|
| Judge Assigned:  Lazzara, Beth A. | Date Filed:  03/02/2012    Initiation Date: 12/07/2011 |
| OTN:  G 547703-2        LOTN: | Originating Docket No:  MJ-05003-CR-0011418-2011 |
| Initial Issuing Authority:  Donna Jo McDaniel | Final Issuing Authority:  Donna Jo McDaniel |
| Arresting Agency:  Allegheny County Police Department | Arresting Officer:  Garlicki, Michael H. |
| Complaint/Citation No.:  4155-11 | Incident Number: |
| Case Local Number Type(s) | Case Local Number(s) |

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related** | | | |
| CP-02-MD-0003490-2012 | Comm. v. Clark, Craig | CP-05-02-Crim | Warrant issued for failure to appear |
| CP-02-MD-0003491-2012 | Comm. v. Brown, Julian | CP-05-02-Crim | Warrant issued for failure to appear |

## STATUS INFORMATION

CPCMS 9082

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 2 of 25

| Case Status: | Closed | Status Date | Processing Status | Complaint Date: | 12/07/2011 |
|---|---|---|---|---|---|
| | | 08/17/2021 | Completed | | |
| | | 01/10/2020 | Awaiting Appellate Court Decision | | |
| | | 05/31/2018 | Completed | | |
| | | 05/08/2018 | Awaiting Appellate Court Decision | | |
| | | 04/11/2018 | Completed | | |
| | | 03/06/2018 | Awaiting Post Sentence Motion Hearing | | |
| | | 02/28/2018 | Sentenced/Penalty Imposed | | |
| | | 01/13/2016 | Awaiting Appellate Court Decision | | |
| | | 08/13/2015 | Appeal Decided | | |
| | | 07/25/2013 | Awaiting Appellate Court Decision | | |
| | | 06/26/2013 | Completed | | |
| | | 12/19/2012 | Awaiting Post Sentence Motion Hearing | | |
| | | 11/28/2012 | Sentenced/Penalty Imposed | | |
| | | 10/05/2012 | Awaiting Post Sentence Motion Hearing | | |
| | | 09/04/2012 | Awaiting PSI | | |
| | | 08/22/2012 | Awaiting Sentencing | | |
| | | 08/22/2012 | Awaiting Non-Jury Trial | | |
| | | 08/07/2012 | Awaiting Jury Trial | | |
| | | 06/08/2012 | Awaiting Pretrial Motion Hearing | | |
| | | 06/08/2012 | Awaiting Jury Trial | | |
| | | 06/07/2012 | Awaiting Formal Arraignment | | |
| | | 05/30/2012 | Awaiting Pretrial Motion Hearing | | |
| | | 04/27/2012 | Awaiting Jury Trial | | |
| | | 04/04/2012 | Awaiting Pre-Trial Conference | | |
| | | 03/02/2012 | Awaiting Formal Arraignment | | |
| | | 03/02/2012 | Awaiting Filing of Information | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 3 of 25

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 04/04/2012 | 9:00 am | 519 Courthouse | | Scheduled |
| Pre-Trial Conference | 04/27/2012 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Pretrial Motion Hearing | 06/07/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Pretrial Motion Hearing | 06/08/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Jury Trial | 06/11/2012 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Continued |
| Motions Court | 06/13/2012 | 11:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Status Hearing | 07/25/2012 | 1:30 pm | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Pretrial Motion Hearing | 07/27/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Jury Trial | 08/06/2012 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Rescheduled |
| Jury Trial | 08/20/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Post Trial Motion | 10/05/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Sentencing | 11/28/2012 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Post Sentence Motion Hearing | 06/25/2013 | 9:00 am | Courtroom 521 | Judge Beth A. Lazzara | Moved |
| Post Sentence Motion Hearing | 06/26/2013 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Motions Court | 10/02/2015 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Continued |
| Motions Court | 10/29/2015 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Sentencing | 02/28/2018 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Post Sentence Motion Hearing | 04/10/2018 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| PCRA Hearing | 02/20/2019 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Moved |
| PCRA Hearing | 02/28/2019 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Moved |
| PCRA Hearing | 05/10/2019 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |

## CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 10/06/2014 | State Correctional Institution | SCI Somerset | | Yes |

CPCMS 9082

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew Ebo

Page 4 of 25

## DEFENDANT INFORMATION

Date Of Birth: ▮▮▮▮  City/State/Zip: Pittsburgh, PA 15235

Alias Name
412-945-3376
Ebo, Matthew Lamar

## CASE PARTICIPANTS

| Participant Type | Name |
| --- | --- |
| Defendant | Ebo, Matthew |

## BAIL INFORMATION

**Ebo, Matthew**                                                                                           **Nebbia Status:  None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
| --- | --- | --- | --- | --- | --- | --- |
| Denied | 01/06/2012 | | | $0.00 | | |
| Deny (bail modification) | 06/13/2012 | Monetary | | $0.00 | | |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | H1 | 18 § 2501 §§ A | Criminal Homicide | 05/16/2011 | G 547703-2 |
| 2 | 4 | F1 | 18 § 3701 §§ A1I | Robbery-Inflict Serious Bodily Injury | 05/16/2011 | G 547703-2 |
| 3 | 5 | F1 | 18 § 3702 §§ A | Robbery Of Motor Vehicle | 05/16/2011 | G 547703-2 |
| 4 | 2 | F3 | 18 § 6106 §§ A1 | Firearms Not To Be Carried W/O License | 05/16/2011 | G 547703-2 |
| 5 | 3 | M1 | 18 § 6105 §§ A1 | Possession Of Firearm Prohibited | 05/16/2011 | G 547703-2 |
| 6 | 6 | F1 | 18 § 903 | Conspiracy - Robbery-Inflict Serious Bodily Injury | 05/16/2011 | G 547703-2 |
| 7 | 7 | H1 | 18 § 903 | Conspiracy - Criminal Homicide | 05/16/2011 | G 547703-2 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | | Disposition Date | Final Disposition | |
| --- | --- | --- | --- | --- |
| Sequence/Description | | Offense Disposition | Grade | Section |
| Sentencing Judge | | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | | |

**Waived for Court (Lower Court)**          Defendant Was Present

| Lower Court Disposition | | 03/02/2012 | Not Final | |
| --- | --- | --- | --- | --- |
| 1 / Criminal Homicide | | Waived for Court (Lower Court) | H1 | 18 § 2501 §§ A |
| 2 / Robbery-Inflict Serious Bodily Injury | | Waived for Court (Lower Court) | F1 | 18 § 3701 §§ A1I |

CPCMS 9082                                                                                      Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 5 of 25

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | | |
|---|---|---|---|---|
| Sequence/Description | Offense Disposition | | Grade | Section |
| Sentencing Judge | Sentence Date | | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | | Start Date |
| Sentence Conditions | | | | |
| 3 / Robbery Of Motor Vehicle | Waived for Court (Lower Court) | | F1 | 18 § 3702 §§ A |
| 4 / Firearms Not To Be Carried W/O License | Waived for Court (Lower Court) | | F3 | 18 § 6106 §§ A1 |
| 5 / Possession Of Firearm Prohibited | Waived for Court (Lower Court) | | M1 | 18 § 6105 §§ A1 |
| 6 / Conspiracy - Robbery-Inflict Serious Bodily Injury | Waived for Court (Lower Court) | | F1 | 18 § 903 |
| 7 / Conspiracy - Criminal Homicide | Waived for Court (Lower Court) | | H1 | 18 § 903 |
| **Proceed to Court** | | | | |
| Information Filed | 03/28/2012 | Not Final | | |
| 1 / Criminal Homicide | Proceed to Court | | H1 | 18 § 2501 §§ A |
| 2 / Robbery-Inflict Serious Bodily Injury | Proceed to Court | | F1 | 18 § 3701 §§ A1I |
| 3 / Robbery Of Motor Vehicle | Proceed to Court | | F1 | 18 § 3702 §§ A |
| 4 / Firearms Not To Be Carried W/O License | Proceed to Court | | F3 | 18 § 6106 §§ A1 |
| 5 / Possession Of Firearm Prohibited | Proceed to Court | | M1 | 18 § 6105 §§ A1 |
| 6 / Conspiracy - Robbery-Inflict Serious Bodily Injury | Proceed to Court | | F1 | 18 § 903 |
| 7 / Conspiracy - Criminal Homicide | Withdrawn | | H1 | 18 § 903 |
| **Proceed to Court** | | | | |
| Non-Jury Trial | 08/22/2012 | Not Final | | |
| 1 / Criminal Homicide | Proceed to Court | | H1 | 18 § 2501 §§ A |
| 2 / Robbery-Inflict Serious Bodily Injury | Proceed to Court | | F1 | 18 § 3701 §§ A1I |
| 3 / Robbery Of Motor Vehicle | Proceed to Court | | F1 | 18 § 3702 §§ A |
| 4 / Firearms Not To Be Carried W/O License | Proceed to Court | | F3 | 18 § 6106 §§ A1 |
| 5 / Possession Of Firearm Prohibited | Guilty | | M1 | 18 § 6105 §§ A1 |
| 6 / Conspiracy - Robbery-Inflict Serious Bodily Injury | Proceed to Court | | F1 | 18 § 903 |
| 7 / Conspiracy - Criminal Homicide | Withdrawn | | H1 | 18 § 903 |
| **Guilty** | | | | |
| Jury Trial | 09/04/2012 | Final Disposition | | |
| 1 / Criminal Homicide | Guilty | | H1 | 18 § 2501 §§ A |
| Lazzara, Beth A. | 11/28/2012 | | | |
| Confinement | Life | | | 11/28/2012 |
| Lazzara, Beth A. | 02/28/2018 | | | 2,139 Days |
| Confinement | Life | | | 02/28/2018 |
| 2 / Robbery-Inflict Serious Bodily Injury | Guilty | | F1 | 18 § 3701 §§ A1I |
| Lazzara, Beth A. | 11/28/2012 | | | |

CPCMS 9082

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 6 of 25

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |

No Further Penalty

Lazzara, Beth A.                                02/28/2018

No Further Penalty

| 3 / Robbery Of Motor Vehicle | Guilty | F1 | 18 § 3702 §§ A |
|---|---|---|---|
| Lazzara, Beth A. | 11/28/2012 | | |
| Confinement | Min of 10.00 Years | | |
| | Max of 20.00 Years | | |
| | 10 years to 20 years | | |
| Lazzara, Beth A. | 02/28/2018 | | |
| Confinement | Min of 10.00 Years | | |
| | Max of 20.00 Years | | |
| | 10 years to 20 years | | |

| 4 / Firearms Not To Be Carried W/O License | Guilty | F3 | 18 § 6106 §§ A1 |
|---|---|---|---|
| Lazzara, Beth A. | 11/28/2012 | | |
| Confinement | Min of 3.00 Years 6.00 Months | | |
| | Max of 7.00 Years | | |
| | 3 1/2 to 7 years | | |
| Lazzara, Beth A. | 02/28/2018 | | |
| Confinement | Min of 3.00 Years 6.00 Months | | |
| | Max of 7.00 Years | | |
| | 3 1/2 to 7 years | | |

| 5 / Possession Of Firearm Prohibited | Guilty | M1 | 18 § 6105 §§ A1 |
|---|---|---|---|
| Lazzara, Beth A. | 11/28/2012 | | |
| Confinement | Min of 2.00 Years 6.00 Months | | |
| | Max of 5.00 Years | | |
| | 2 1/2 to 5 years | | |
| Lazzara, Beth A. | 02/28/2018 | | |
| Confinement | Min of 2.00 Years 6.00 Months | | |
| | Max of 5.00 Years | | |
| | 2 1/2 to 5 years | | |

| 6 / Conspiracy - Robbery-Inflict Serious Bodily Injury | Guilty | F1 | 18 § 903 |
|---|---|---|---|
| Lazzara, Beth A. | 11/28/2012 | | |
| Confinement | Min of 10.00 Years | | |
| | Max of 20.00 Years | | |
| | 10 years to 20 years | | |

CPCMS 9082

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 7 of 25

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | | |
|---|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section | |
| Sentencing Judge | Sentence Date | | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date | |
| Sentence Conditions | | | | |

| | | | | |
|---|---|---|---|---|
| Lazzara, Beth A. | 02/28/2018 | | | |
| Confinement | Min of 10.00 Years | | | |
| | Max of 20.00 Years | | | |
| | 10 years to 20 years | | | |

| | | | | |
|---|---|---|---|---|
| 7 / Conspiracy - Criminal Homicide | Guilty | H1 | 18 § 903 | |
| Lazzara, Beth A. | 11/28/2012 | | | |
| Confinement | Min of 20.00 Years | | | |
| | Max of 40.00 Years | | | |
| | Other | | | |
| Lazzara, Beth A. | 02/28/2018 | | | |
| Confinement | Min of 20.00 Years | | | |
| | Max of 40.00 Years | | | |
| | Other | | | |

**LINKED SENTENCES:**

**Link 1**

CP-02-CR-0002821-2012 - Seq. No. 7 (18§ 2501 §§ A) - Confinement is Consecutive to

CP-02-CR-0002821-2012 - Seq. No. 6 (18§ 3701 §§ A1I) - Confinement is Consecutive to

CP-02-CR-0002821-2012 - Seq. No. 5 (18§ 6105 §§ A1) - Confinement is Consecutive to

CP-02-CR-0002821-2012 - Seq. No. 4 (18§ 6106 §§ A1) - Confinement is Consecutive to

CP-02-CR-0002821-2012 - Seq. No. 3 (18§ 3702 §§ A) - Confinement is Consecutive to

CP-02-CR-0002821-2012 - Seq. No. 1 (18§ 2501 §§ A) - Confinement

CPCMS 9082

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew Ebo

Page 8 of 25

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| <u>Name:</u>   Allegheny County District Attorney's Office, Criminal Division Prosecutor | <u>Name:</u>   Diana Lynn Stavroulakis Court Appointed - Private |
| <u>Supreme Court No:</u> | <u>Supreme Court No:</u>   059255 |
| <u>Phone Number(s):</u> | <u>Rep. Status:</u>   Active |
| 412-350-4403      (Phone) | <u>Phone Number(s):</u> |
| <u>Address:</u> | 412-600-8608      (Phone) |
| 436 Grant Street | 412-600-8608      (Office) |
| Allegheny County Court House | <u>Address:</u> |
| Pittsburgh, PA  15219 | 262 Elm Ct |
|  | Pittsburgh, PA  15237 |
| <u>Name:</u>   Mark Vinson Tranquilli | Representing: Ebo, Matthew |
| Assistant District Attorney |  |
| <u>Supreme Court No:</u>   066896 |  |
| <u>Address:</u> |  |
| Allegheny CO Da's Office |  |
| 401 Crthse 436 Grant St |  |
| Pittsburgh, PA  15219-2489 |  |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/06/2012 | | Cooper, Kevin E. |
| Order Denying Motion to Set Bail - Ebo, Matthew | | | |
| 1/1 | 03/02/2012 | | Court of Common Pleas - Allegheny County |
| Original Papers Received from Lower Court | | | |
| 2/1 | 03/27/2012 | | Allegheny County District Attorney's Office |
| Notice of Partial Withdrawal of Charges | | | |
| 3/1 | 03/28/2012 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 4/2 | 03/28/2012 | | Allegheny County District Attorney's Office |
| Commonwealth Motion - Rule 582 - Joinder Rule | | | |
| 5/1 | 04/23/2012 | | McKinney, Randall H. |
| Entry of Appearance | | | |

CPCMS 9082

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 9 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 6/1 | 05/23/2012 | | Allegheny County District Attorney's Office |
| Proposed Voir Dire Questions | | | |
| 7/1 | 05/24/2012 | | Allegheny County District Attorney's Office |
| Motion to Amend Criminal Information | | | |
| 8/1 | 05/25/2012 | | Allegheny County District Attorney's Office |
| Motion in Limine | | | |
| 9/1 | 05/29/2012 | | Allegheny County District Attorney's Office |
| Motion for Discovery | | | |
| 10/1 | 05/30/2012 | | Allegheny County District Attorney's Office |
| Notice of Intent to Present Evidence of other Crimes | | | |
| 11/1 | 06/01/2012 | | Allegheny County District Attorney's Office |
| Proposed Points for Charge | | | |
| 12/1 | 06/05/2012 | | Allegheny County District Attorney's Office |
| Motion in Limine | | | |
| 13/2 | 06/07/2012 | 06/07/2012 | Lazzara, Beth A. |
| Order Regarding Voir Dire | | | |
| 14/3 | 06/07/2012 | 06/07/2012 | Lazzara, Beth A. |
| Order Amending Information | | | |
| 15/4 | 06/07/2012 | 06/07/2012 | Lazzara, Beth A. |
| Order-Defendant Required to Disclose Requested Marerials in paragraph 4 | | | |
| 16/5 | 06/08/2012 | | Allegheny County District Attorney's Office |
| Memorandum of Law | | | |

CPCMS 9082

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 10 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 17/1 | 06/13/2012 | | McKinney, Randall H. |
| Motion to Set Nominal Bail | | | |
| 2 | 06/13/2012 | | Lazzara, Beth A. |
| Order Denying Motion for Modification of Bail - Ebo, Matthew | | | |
| 18/3 | 06/13/2012 | 06/13/2012 | Lazzara, Beth A. |
| Order Denying Motion to Set Nominal Bail | | | |
| 19/1 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order-Commonwealth Permitted to Introduce Evidence regarding statement made to Anthony Snyder | | | |
| 20/2 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order-Commonwealth Permitted to Introduce into Evidence re 911 call transcript | | | |
| 21/3 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order Granting Commonwealth's Motion to Present Evidence of Thaddeus Crumbley's Actions | | | |
| 22/4 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order-Count 5 Shall be Severed from Jury Trial | | | |
| 23/1 | 08/06/2012 | 08/06/2012 | Lazzara, Beth A. |
| Order-Defendant to Change His Clothing in Sheriff's Bullpen | | | |
| 2 | 08/22/2012 | | Unknown Filer |
| Information Filed | | | |
| 24/1 | 08/29/2012 | 08/29/2012 | Lazzara, Beth A. |
| Order for Appointment of Conflict Counsel to represent Craig Coleman | | | |
| 25/2 | 08/29/2012 | 08/29/2012 | Lazzara, Beth A. |
| Order-Attorney Scott Wescott to Represent Thomas Brown | | | |
| 26/1 | 08/30/2012 | | McKinney, Randall H. |
| Proposed Jury Instructions | | | |
| 27/1 | 09/04/2012 | | Lazzara, Beth A. |
| Guilty | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 09/04/2012 | | Lazzara, Beth A. |
| Disposition Filed | | | |
| 28/1 | 09/20/2012 | 09/19/2012 | Lazzara, Beth A. |
| Order-The Names of the Empaneled Jurors Shall NOT be MAde Public | | | |
| 29/2 | 10/05/2012 | | McKinney, Randall H. |
| Motion for Extraordinary Relief | | | |
| 30/3 | 10/05/2012 | 10/05/2012 | Lazzara, Beth A. |
| Order Denying Oral Motion for Extraordinary Relief | | | |
| 4 | 10/05/2012 | 10/05/2012 | Lazzara, Beth A. |
| Order Denying Motion for Extraordinary Relief | | | |
| 31/5 | 10/05/2012 | 10/05/2012 | Lazzara, Beth A. |
| Order to Proceed In Forma Pauperis Regarding Transcripts | | | |
| 32/1 | 10/10/2012 | | Allegheny County District Attorney's Office |
| Notice of Mandatory Sentence | | | |
| 33/1 | 11/28/2012 | | Lazzara, Beth A. |
| Order - Sentence/Penalty Imposed | | | |
| 34/1 | 11/29/2012 | 11/28/2012 | Lazzara, Beth A. |
| Order of Court Imposing Life Sentence | | | |
| 35/1 | 11/30/2012 | | McKinney, Randall H. |
| Motion to Withdraw as Counsel | | | |
| 36/1 | 12/11/2012 | | Ebo, Matthew |
| Request for Docket Sheet | | | |
| 37/1 | 12/12/2012 | 11/30/2012 | Lazzara, Beth A. |
| Order granting withdrawal of counsel-Public Defender's Office appointed | | | |
| 38/1 | 12/18/2012 | | Court of Common Pleas - Allegheny County |
| Penalty Assessed | | | |

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 12 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 39/1 | 12/19/2012 | | Allegheny County Public Defender's Office |
| Emergency Petition for Leave to File Post Sentence Motions Nunc Pro Tunc | | | |
| 40/2 | 12/19/2012 | | Allegheny County Public Defender's Office |
| Post-Sentence Motion Nunc Pro Tunc-Mt for Leave to File Supplemental Mt & Extend time for decision | | | |
| 41/1 | 12/21/2012 | 12/21/2012 | Lazzara, Beth A. |
| Order Granting Motion for Leave to File Post-Sentence Motions Nunc Pro Tunc | | | |
| 41/2 | 12/21/2012 | 12/21/2012 | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |
| 42/1 | 03/27/2013 | | Ebo, Matthew |
| Pro Se Correspondence | | | |
| 43/1 | 04/19/2013 | | Allegheny County Public Defender's Office |
| Supplemental Post-Sentence Motion | | | |
| 44/1 | 05/22/2013 | 05/22/2013 | Lazzara, Beth A. |
| Order Directing Commonwealth/Defense to File a Response | | | |
| 44/2 | 05/22/2013 | 05/22/2013 | Lazzara, Beth A. |
| Order Scheduling Hearing | | | |
| 45/1 | 06/13/2013 | | Allegheny County District Attorney's Office |
| Memorandum of Law | | | |
| 46/1 | 06/26/2013 | | Department of Court Records, Criminal Division |
| Post Sentence Motion Denied by Operation of Law | | | |

Allegheny County Public Defender's Office
07/09/2013          Interoffice
Commonwealth of Pennsylvania
07/09/2013          Interoffice
Lazzara, Beth A.

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew Ebo

Page 13 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 07/09/2013 | Interoffice | | |
| | | | |
| 47/1 | 07/25/2013 | | Allegheny County Public Defender's Office |
| Notice of Appeal to the Superior Court | | | |
| | | | |
| 48/1 | 07/31/2013 | 07/30/2013 | Lazzara, Beth A. |
| Defendant Ordered to File Concise Statement Order | | | |
| | | | |
| 49/1 | 08/07/2013 | | Superior Court of Pennsylvania |
| Docketing Statement from Superior Court | | | |
| | | | |
| 50/1 | 08/20/2013 | | Allegheny County Public Defender's Office |
| Statement of Errors Complained on Appeal | | | |
| | | | |
| 51/1 | 06/25/2014 | | Lazzara, Beth A. |
| Opinion | | | |
| | | | |
| 52/1 | 06/27/2014 | 01/03/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Motion for Extraordinary Relief -October 5, 2012 (t13-4) | | | |
| | | | |
| 53/2 | 06/27/2014 | 01/30/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Sentencing - November 28, 2012 (T13-216) | | | |
| | | | |
| 54/3 | 06/27/2014 | 02/05/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Motion - June 7, 2012 (T13-251) | | | |
| | | | |
| 55/4 | 06/27/2014 | 02/14/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Jury Trial - Volume 1 - August 20-Sept. 4, 2012 (T13-289) | | | |
| | | | |
| 56/5 | 06/27/2014 | 03/05/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Jury Trial - Vol. II - August 20-Sept. 4, 2012 (t13-476) | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew Ebo

Page 14 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 57/6 | 06/27/2014 | 03/21/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Bail Hearing - June 13, 2012 (T13-594) | | | |
| 58/7 | 06/27/2014 | 04/18/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed - Pretrial Motions - July 27, 2012 (T13-821) | | | |
| 59/8 | 06/27/2014 | 06/21/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Motion-June 8, 2012 (T-13-1334) | | | |
| 60/1 | 06/30/2014 | 08/08/2012 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Pretrial Motions - June 8, 2012 (T12-1255) | | | |
| 2 | 06/30/2014 | | Department of Court Records, Criminal Division |
| Appeal Docket Sheet Prepared | | | |

Allegheny County Public Defender's Office
06/30/2014           Interoffice
Commonwealth of Pennsylvania
06/30/2014           Interoffice
Superior Court of Pennsylvania
06/30/2014           Hand Delivered

| 3 | 06/30/2014 | | Department of Court Records, Criminal Division |
|---|---|---|---|
| Certificate and Transmittal of Record to Appellate Court | | | |
| 61/1 | 10/22/2014 | | Allegheny County Public Defender's Office |
| Stipulation Order to Supplement Certified Record On Appeal Pursuant to PA.R.A.P. 1926 | | | |
| 1 | 10/23/2014 | | Department of Court Records, Criminal Division |
| Supplemental Filing for Appellate Court | | | |

Allegheny County Public Defender's Office

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 15 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 10/23/2014 | Interoffice | | |
| Commonwealth of Pennsylvania | | | |
| 10/23/2014 | Interoffice | | |
| Superior Court of Pennsylvania | | | |
| 10/23/2014 | Hand Delivered | | |
| 62/1 | 10/24/2014 | | Allegheny County Public Defender's Office |
| Stipulation Order to Supplement Certified Record on Appeal Pursuant To PA.R.A.P. 1926 | | | |
| 2 | 10/24/2014 | | Department of Court Records, Criminal Division |
| Supplemental Filing for Appellate Court | | | |
| Allegheny County Public Defender's Office | | | |
| 10/24/2014 | Interoffice | | |
| Commonwealth of Pennsylvania | | | |
| 10/24/2014 | Interoffice | | |
| Superior Court of Pennsylvania | | | |
| 10/24/2014 | Hand Delivered | | |
| 63/1 | 08/13/2015 | 08/06/2015 | Superior Court of Pennsylvania |
| Remanded for Evidentiary Hearing | | | |
| 63/2 | 08/13/2015 | | Superior Court of Pennsylvania |
| Certificate of Remittal/Remand of Record | | | |
| 64/1 | 08/26/2015 | 08/25/2015 | Lazzara, Beth A. |
| Transportation Order | | | |
| 65/1 | 09/02/2015 | | Vidt, Victoria H. |
| Entry of Appearance | | | |
| 66/1 | 09/29/2015 | 09/24/2015 | Lazzara, Beth A. |
| Transportation Order | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew Ebo

Page 16 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 67/1 | 11/09/2015 | | Allegheny County Public Defender's Office |
| Memorandum of Law in Support of Request for New Trial Based Upon New Evidence | | | |
| 68/1 | 11/17/2015 | | Allegheny County District Attorney's Office |
| Motion for Extension of Time | | | |
| 69/1 | 11/18/2015 | 11/18/2015 | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |
| 70/1 | 11/25/2015 | | Allegheny County District Attorney's Office |
| Commonwealth's Brief in Opposition to Defense Request for New Trial Based on New Evidence | | | |
| 71/1 | 12/22/2015 | 12/22/2015 | Lazzara, Beth A. |
| Order - The Court Hereby Finds that a New Trial is Not Warranted | | | |
| 72/1 | 01/13/2016 | | Allegheny County Public Defender's Office |
| Notice of Appeal to the Superior Court | | | |
| 73/1 | 01/14/2016 | 01/13/2016 | Lazzara, Beth A. |
| Order Directing a Concise Statement of the Errors Complained of on Appeal be Filed | | | |
| 74/1 | 01/19/2016 | | Superior Court of Pennsylvania |
| Docketing Statement from Superior Court | | | |
| 75/1 | 02/02/2016 | | Allegheny County Public Defender's Office |
| Concise Statement of Errors Complained on Appeal | | | |
| 76/1 | 03/30/2016 | | Lazzara, Beth A. |
| Order directing Clerk of Courts to transmit the record to Superior Court forthwith | | | |
| 77/1 | 04/04/2016 | | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed - Motion for New Trial - October 29, 2015 (T15-2083) | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 17 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 2 | 04/04/2016 | | Department of Court Records, Criminal Division |

Appeal Docket Sheet Prepared

| Allegheny County District Attorney's Office | | | |
|---|---|---|---|
| 04/04/2016 | Interoffice | | |

| Allegheny County Public Defender's Office | | | |
|---|---|---|---|
| 04/04/2016 | Interoffice | | |

| Superior Court of Pennsylvania | | | |
|---|---|---|---|
| 04/04/2016 | Hand Delivered | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 3 | 04/04/2016 | | Department of Court Records, Criminal Division |
|---|---|---|---|

Certificate and Transmittal of Record to Appellate Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 07/20/2017 | 07/14/2017 | Supreme Court of Pennsylvania |
|---|---|---|---|

Petition for Allowance of Appeal Filed - Supreme Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 01/17/2018 | 06/21/2017 | Superior Court of Pennsylvania |
|---|---|---|---|

Convictions Affirmed-Sentence Vacated at Counts 3 and 6-Remanded for Resentence

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 2 | 01/17/2018 | | Superior Court of Pennsylvania |
|---|---|---|---|

Certificate of Remittal/Remand of Record

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 3 | 01/17/2018 | | Ebo, Matthew |
|---|---|---|---|

Motion for PCRA

| Lazzara, Beth A. | | | |
|---|---|---|---|
| 01/17/2018 | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 4 | 01/17/2018 | 12/13/2017 | Supreme Court of Pennsylvania |
|---|---|---|---|

Petition for Allowance of Appeal Denied - Supreme Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 01/24/2018 | | Lazzara, Beth A. |
|---|---|---|---|

Order Granting Appointment of PCRA Counsel / IFP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 02/07/2018 | | Lazzara, Beth A. |
|---|---|---|---|

Order scheduling resentence hearing

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew Ebo

Page 18 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 02/10/2020 | eService | | Served |
| Stavroulakis, Diana Lynn | | | |
| 02/10/2020 | eService | | Served |
| 1 | 02/22/2018 | 02/16/2018 | Lazzara, Beth A. |
| Transportation Order | | | |
| 1 | 02/27/2018 | | Stavroulakis, Diana Lynn |
| Entry of Appearance | | | |
| 1 | 02/28/2018 | | Lazzara, Beth A. |
| Order - Sentence/Penalty Imposed | | | |
| 1 | 03/06/2018 | | Vidt, Victoria H. |
| Post-Sentence Motion | | | |
| 1 | 03/14/2018 | 03/13/2018 | Lazzara, Beth A. |
| Order Scheduling Hearing | | | |
| 1 | 04/02/2018 | | Lazzara, Beth A. |
| Transportation Order | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 02/10/2020 | eService | | Served |
| Stavroulakis, Diana Lynn | | | |
| 02/10/2020 | eService | | Served |
| 1 | 04/11/2018 | 04/10/2018 | Lazzara, Beth A. |
| Order Denying Post-Sentence Motion | | | |
| 1 | 04/25/2018 | | Stavroulakis, Diana Lynn |
| Motion for Extension of Time | | | |
| 1 | 04/26/2018 | 04/25/2018 | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |

CPCMS 9082

Printed: 08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew Ebo

Page 19 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/08/2018 | | Vidt, Victoria H. |
| Notice of Appeal to the Superior Court | | | |
| 1 | 05/10/2018 | | Lazzara, Beth A. |
| Order Directing a Concise Statement of Matters be Filed | | | |
| 1 | 05/16/2018 | | Ebo, Matthew |
| Pro-se Notice of Appeal to the Superior Court | | | |
| Allegheny County Public Defender's Office | | | |
| 05/16/2018 | | Interoffice | |
| 2 | 05/16/2018 | | Superior Court of Pennsylvania |
| Docketing Statement from Superior Court | | | |
| 1 | 05/31/2018 | 05/30/2018 | Superior Court of Pennsylvania |
| Appeal Discontinued | | | |
| 2 | 05/31/2018 | | Superior Court of Pennsylvania |
| Certificate of Remittal/Remand of Record | | | |
| 1 | 06/29/2018 | | Ebo, Matthew |
| Motion for New Trial | | | |
| 2 | 06/29/2018 | | Stavroulakis, Diana Lynn |
| Motion For Private Investigator | | | |
| 3 | 06/29/2018 | | Stavroulakis, Diana Lynn |
| Post-Conviction Collateral Relief Act Motion | | | |
| 1 | 07/05/2018 | | Lazzara, Beth A. |
| Order - Counsel's request for a period of 60 days to file an Amended PCRA Petition is Granted | | | |
| 2 | 07/05/2018 | | Lazzara, Beth A. |
| Order Granting Motion for Appointment of Expert Witness | | | |
| 1 | 08/24/2018 | | Stavroulakis, Diana Lynn |
| Motion for Extension of Time | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 20 of 25

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/28/2018 | | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |
| 1 | 11/29/2018 | | Stavroulakis, Diana Lynn |
| Supplement to Post-Conviction Relief Act Petition | | | |
| 2 | 11/29/2018 | 11/29/2018 | Lazzara, Beth A. |
| Order Directing Commonwealth to File a Response | | | |
| 1 | 12/03/2018 | | Allegheny County District Attorney's Office |
| Commonwealth's Answer to Post-Conviction Relief Act Petition | | | |
| 1 | 12/19/2018 | 12/17/2018 | Lazzara, Beth A. |
| Order Scheduling PCRA Hearing | | | |
| 2 | 12/19/2018 | | Lazzara, Beth A. |
| Order Scheduling PCRA Hearing 02-20-19 | | | |
| 1 | 02/07/2019 | 02/06/2019 | Lazzara, Beth A. |
| Transportation Order | | | |
| 1 | 05/02/2019 | 05/01/2019 | Lazzara, Beth A. |
| Transportation Order | | | |
| 1 | 06/11/2019 | | Stavroulakis, Diana Lynn |
| Memorandum in Support of Post-Conviction Relief Act Petition | | | |
| 1 | 07/05/2019 | | Allegheny County District Attorney's Office |
| Commonwealth's Post-Hearing Submission | | | |
| 1 | 12/13/2019 | | Lazzara, Beth A. |
| Memorandum Order-PCRA is Denied | | | |

Allegheny County District Attorney's
Office, Criminal Division

| 12/13/2019 | eService | | Served |
|---|---|---|---|

McKinney, Randall H.

| 12/13/2019 | eService | | Served |
|---|---|---|---|

Stavroulakis, Diana Lynn

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 21 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 12/13/2019 | eService | | Served |
| Vidt, Victoria H. | | | |
| 12/13/2019 | eService | | Served |

| | | | | |
|---|---|---|---|---|
| 1 | 01/10/2020 | | Stavroulakis, Diana Lynn | |
| Notice of Appeal to the Superior Court | | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | | |
| 01/10/2020 | eService | | Served | |
| McKinney, Randall H. | | | | |
| 01/10/2020 | eService | | Served | |
| Vidt, Victoria H. | | | | |
| 01/10/2020 | eService | | Served | |

| | | | | |
|---|---|---|---|---|
| 1 | 01/14/2020 | 01/14/2020 | Lazzara, Beth A. | |
| Order Directing a Concise Statement of Matters be Filed | | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | | |
| 01/15/2020 | eService | | Served | |
| McKinney, Randall H. | | | | |
| 01/15/2020 | eService | | Served | |
| Stavroulakis, Diana Lynn | | | | |
| 01/15/2020 | eService | | Served | |
| Vidt, Victoria H. | | | | |
| 01/15/2020 | eService | | Served | |

| | | | |
|---|---|---|---|
| 1 | 01/16/2020 | | Superior Court of Pennsylvania |
| Docketing Statement from Superior Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 01/16/2020 | eService | | Served |
| Stavroulakis, Diana Lynn | | | |
| 01/16/2020 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 02/01/2020 | | Stavroulakis, Diana Lynn |
| Concise Statement of Errors Complained on Appeal | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |

CPCMS 9082

Printed:  08/03/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 22 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 02/03/2020 | eNotice | | Notified |

| | | | |
|---|---|---|---|
| 1 | | 02/05/2020 | Lazzara, Beth A. |

Order for COFC to Transmit the Record to Superior Court Forthwith

Allegheny County District Attorney's
Office, Criminal Division

| 02/05/2020 | eService | | Served |
|---|---|---|---|

Stavroulakis, Diana Lynn

| 02/05/2020 | eService | | Served |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | | 02/12/2020 | Department of Court Records, Criminal Division |

Appeal Docket Sheet Prepared

Allegheny County District Attorney's
Office, Criminal Division

| 02/12/2020 | eService | | Served |
|---|---|---|---|

Commonwealth of Pennsylvania

| 02/12/2020 | Interoffice | | |
|---|---|---|---|

Stavroulakis, Diana Lynn

| 02/12/2020 | Mailed | | |
|---|---|---|---|

Stavroulakis, Diana Lynn

| 02/12/2020 | eService | | Served |
|---|---|---|---|

Superior Court of Pennsylvania

| 02/12/2020 | E-Mail | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2 | | 02/12/2020 | Department of Court Records, Criminal Division |

Certificate and Transmittal of Record to Appellate Court

Allegheny County District Attorney's
Office, Criminal Division

| 02/12/2020 | eService | | Served |
|---|---|---|---|

Stavroulakis, Diana Lynn

| 02/12/2020 | eService | | Served |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | | 03/05/2021 | Supreme Court of Pennsylvania |

Petition for Allowance of Appeal Filed - Supreme Court

Allegheny County District Attorney's
Office, Criminal Division

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY



**Docket Number: CP-02-CR-0002821-2012**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 23 of 25

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 03/05/2021 | eService | | Served |
| Stavroulakis, Diana Lynn | | | |
| 03/05/2021 | eService | | Served |

---

| | | | |
|---|---|---|---|
| 1 | 08/17/2021 | | Supreme Court of Pennsylvania |
| Petition for Allowance of Appeal Denied - Supreme Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 08/17/2021 | eService | | Served |
| Stavroulakis, Diana Lynn | | | |
| 08/17/2021 | eService | | Served |

---

| | | | |
|---|---|---|---|
| 2 | 08/17/2021 | 02/19/2021 | Superior Court of Pennsylvania |
| Affirmed - Superior Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 08/17/2021 | eService | | Served |
| Stavroulakis, Diana Lynn | | | |
| 08/17/2021 | eService | | Served |

---

| | | | |
|---|---|---|---|
| 3 | 08/17/2021 | | Superior Court of Pennsylvania |
| Certificate of Remittal/Remand of Record | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 08/17/2021 | eService | | Served |
| Stavroulakis, Diana Lynn | | | |
| 08/17/2021 | eService | | Served |

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

## CASE FINANCIAL INFORMATION

Last Payment Date:                                                                                    Total of Last Payment:

**Ebo, Matthew**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $7.10 | $0.00 | $0.00 | $0.00 | $7.10 |
| Allegheny Crime Lab Fee | $150.00 | $0.00 | $0.00 | $0.00 | $150.00 |
| State Court Costs (Act 204 of 1976) | $12.80 | $0.00 | $0.00 | $0.00 | $12.80 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $19.20 | $0.00 | $0.00 | $0.00 | $19.20 |
| County Court Cost (Act 204 of 1976) | $28.00 | $0.00 | $0.00 | $0.00 | $28.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Firearm Education and Training Fund | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| DNA Detection Fund (Act 185-2004) | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Record Management Fee (Allegheny) | $2.00 | $0.00 | $0.00 | $0.00 | $2.00 |
| Record Management Fee (Allegheny) | $3.00 | $0.00 | $0.00 | $0.00 | $3.00 |
| Court Technology Fee (Allegheny) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Use of County (Conviction) (Allegheny) | $4.00 | $0.00 | $0.00 | $0.00 | $4.00 |
| District Attorney (Conviction) (Allegheny) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Law Library User Fee (Allegheny) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| DCR Civil Judgment Fee (Allegheny) | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| Child Care Facility Fee (Allegheny) | $3.00 | $0.00 | $0.00 | $0.00 | $3.00 |
| Costs of Prosecution - CJEA | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| ATJ | $3.00 | $0.00 | $0.00 | $0.00 | $3.00 |
| CJES | $2.25 | $0.00 | $0.00 | $0.00 | $2.25 |
| JCPS | $10.25 | $0.00 | $0.00 | $0.00 | $10.25 |
| Dept of Records - Conviction (Allegheny) | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Dept of Records - Conviction (Allegheny) | $180.00 | $0.00 | $0.00 | $0.00 | $180.00 |
| Costs/Fees Totals: | $922.36 | $0.00 | $0.00 | $0.00 | $922.36 |
| Grand Totals: | $922.36 | $0.00 | $0.00 | $0.00 | $922.36 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002821-2012**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Matthew  Ebo

Page 25 of 25

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2