IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | CRIMINAL DIVISION |
| VS. | CC 201202821 |
| MATTHEW EBO | |
| | COMMONWEALTH'S PROPOSED VOIR DIRE QUESTIONS |

Filed on Behalf of the
Commonwealth of Pennsylvania

Counsel of Record for the
Commonwealth of Pennsylvania

STEPHEN A. ZAPPALA, JR.
DISTRICT ATTORNEY
    By
Steven M. Stadtmiller
Deputy District Attorney
Pa. I.D. No. 53332
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA  15219

(412) 350-4406

FILED
2012 MAY 23 AM 9:15
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 3

<u>COMMONWEALTH'S PROPOSED VOIR DIRE QUESTIONS</u>

TO THE HONORABLE, THE JUDGES OF SAID COURT:

AND NOW, comes the Commonwealth of Pennsylvania by and through its attorneys, STEPHEN A. ZAPPALA, JR., District Attorney of Allegheny County, and STEVEN M. STADTMILLER, Deputy District Attorney, and respectfully proposes the following voir dire questions:

1. This is not a Capital case. Is there anything about being called upon to serve as a juror in a murder case that causes you to believe that you would not be able to sit as a fair and impartial juror?

granted/denied

2. The elements of any crime, whether a minor misdemeanor (like retail theft) or a serious felony (like robbery), must be proven beyond a reasonable doubt. Do you understand that this burden of proof is no higher just because this is a murder case?

granted/denied

3. The judge will instruct you that although the Commonwealth must prove its case beyond a reasonable doubt, it does not have to prove its case beyond all doubt, or to a mathematical certainty of one-hundred percent before you can find the defendant guilty. Can you follow this instruction, or, before you could vote to find the defendant guilty, would you expect the Commonwealth to prove its case beyond all doubt?

granted/denied

4. If the Commonwealth proves the defendant guilty beyond a reasonable doubt your verdict should be guilty, can you assure us that you will follow the law and vote to find him guilty?

granted/denied

Respondents' Exhibit 3

  5. On the other hand, if the Commonwealth fails to prove the defendant guilty beyond a reasonable doubt your verdict must be not guilty, can you vote to find him not guilty?

Granted/denied

  6. Do you understand that television shows such as C.S.I. are merely dramatic interpretations of forensic science and that the evidence, procedures and equipment used in such shows are not always available or necessary in real-world criminal investigations?  Can you guarantee us that your evaluation of the scientific evidence in this case will not be influenced by what you may have seen on such television dramas?

granted/denied

            Respectfully submitted,

            STEPHEN A. ZAPPALA, JR.
            DISTRICT ATTORNEY

By:   */s/ Steven M. Stadtmiller*
            STEVEN M. STADTMILLER
            DEPUTY DISTRICT ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2012, I have caused to be delivered a true and correct copy of the within pleading by mail, hand-delivery or facsimile to:

Honorable Beth A. Lazzara
Fifth Floor
Allegheny County Courthouse
Pittsburgh, PA 15219

Helen M. Lynch, Esquire
Court Administrator
Room 535 Courthouse
Pittsburgh, PA 15219

Randall McKinney, Esquire
429 Forbes Avenue, Suite 1400
Pittsburgh, PA 15219

Steven M. Stadtmiller
Deputy District Attorney

Respondents' Exhibit 3