0075

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

VS.

MATTHEW EBO

CRIMINAL DIVISION

CC201202821

NOTIFICATION OF COMMONWEALTH'S INTENTION TO PRESENT EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS PURSUANT TO RULE 404(B)(2)

Filed on Behalf of the
Commonwealth of Pennsylvania

Counsel of Record for the
Commonwealth of Pennsylvania

STEPHEN A. ZAPPALA, JR.
DISTRICT ATTORNEY
    By
Steven M. Stadtmiller
Deputy District Attorney
Pa. I.D. No. 53332

Office of the District Attorney
401 Courthouse
Pittsburgh, Pennsylvania 15219

(412) 350-4406

200017624c.pet

Respondents' Exhibit 7

<u>NOTIFICATION OF COMMONWEALTH'S INTENTION TO PRESENT EVIDENCE</u>
<u>OF OTHER CRIMES, WRONGS, OR ACTS PURSUANT TO RULE 404(B)(2)</u>
<u>OF THE PENNSYLVANIA RULES OF EVIDENCE</u>

TO THE HONORABLE, THE JUDGES OF SAID COURT:

AND NOW, comes the Commonwealth of Pennsylvania by its attorneys, STEPHEN

A. ZAPPALA, JR., District Attorney of Allegheny County, and STEVEN M. STADTMILLER,

Deputy District Attorney, and respectfully represents the following:

1.      Trial of the above-captioned case is scheduled to proceed on June 11, 2012.

The defendant is charged at cc 201202821 with Criminal Homicide, Robbery, Robbery of Motor

Vehicle, Person Not to Possess Firearm, Possession of Firearm without a License and Conspiracy in

connection with the gun point robbery and shooting death of Todd Mattox. The crime is alleged to

have been committed on May 16, 2012;

2.      At the above trial, the Commonwealth intends to offer evidence tending to

prove that the co-defendant, Thaddeus Crumbley has committed other crimes, wrongs, or acts that

bear upon the motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of

mistake or accident. Specifically, the Commonwealth intends to offer evidence tending to prove

that:

    (a)    on June 2, 2012, the co-defendant, Thaddeus Crumbley, was
    involved in a shootout in Swissvale, Pennsylvania, during which a .40
    caliber handgun was discharged in his automobile 8 times. Eight .40
    caliber casings were located by police in Crumbley's vehicle during
    the investigation of the June 2, 2011 shooting. These .40 caliber

Respondents' Exhibit 7

casings were matched to one of the two handguns that were used to shoot and kill Todd Mattox in the Criminal Homicide presently before the Court.   A Firearms expert from the Allegheny County Crime Lab will testify that the .40 caliber casings found at the May 16, 2011 Homicide of Todd Mattox and the .40 caliber casings found in the car Thaddeus Crumbley was in during the June 2, 2011 Shooting in Swissvale were all discharged from the same handgun.

3.      Discovery materials pertaining to evidence of such other crimes, wrongs, or acts have been disclosed to the defendant;

4.      It is believed and therefore averred that the probative value of evidence of such other crimes, wrongs, or acts outweighs its potential for prejudice, especially in light of the availability of a proper cautionary instruction, in that it places the Murder weapon from the within case in a car with Crumbley 17 days after the Homicide occurred;

5.      Therefore, it is respectfully requested that the Court rule that evidence of such other crimes, wrongs, or acts is, admissible pursuant to Rule 404(b)(2) of the Pennsylvania Rules of Evidence.

Respondents' Exhibit 7

WHEREFORE, pursuant to Rule 404(b)(4) of the Pennsylvania Rules of Evidence, the Commonwealth respectfully gives notice of its intention to present evidence tending to prove other crimes, wrongs, or acts as described in paragraph 2 of the within pleading at the trial of the above-captioned case.

Respectfully submitted,

STEPHEN A. ZAPPALA, JR.
DISTRICT ATTORNEY

By: _____
STEVEN M. STADTMILLER
DEPUTY DISTRICT ATTORNEY

Respondents' Exhibit 7

<u>A F F I D A V I T</u>

COMMONWEALTH OF PENNSYLVANIA          :
                                                        :
COUNTY OF ALLEGHENY                         :


BEFORE ME, the undersigned authority, personally appeared Deputy District Attorney Steven M. Stadtmiller who, being duly sworn according to law, deposes and says that the statements contained in the foregoing notification are true and correct to the best of his information, knowledge and belief.


_____
Steven M. Stadtmiller
Deputy District Attorney


SWORN TO and subscribed

before me this _30_ day

of _may_ , 2012.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jacqueline Mary Hudson, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Dec. 27, 2012
Member, Pennsylvania Association of Notaries


Respondents' Exhibit 7

0080

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this _30th_ day of _May_ , 2012, I have caused to be

mailed a true and correct copy of the within notification to:

        Randall McKinney, Esquire
        429 Forbes Avenue, Suite 1400
        Pittsburgh, PA  15219


        The Honorable Beth A. Lazzara
        Fifth Floor
        Allegheny County Courthouse
        Pittsburgh, PA  15219


        Helen M. Lynch, Esquire
        Court Administrator
        Room 535 Courthouse
        Pittsburgh, PA 15219

                       Steven M. Stadtmiller
                       Deputy District Attorney

Respondents' Exhibit 7