IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | CRIMINAL DIVISION |
| VS. | CC No. 201202821 |
| MATTHEW EBO | CHARGES: CRIMINAL HOMICIDE, ROBBERY, ROBBERY OF MOTOR VEHICLE, PERSON NOT TO POSSESS FIREARM, CARRYING FIREARM WITHOUT A LICENSE AND CRIMINAL CONSPIRACY |

## ORDER OF COURT

AND NOW, to-wit, this 7th day of June, 2012, it is hereby ORDERED, ADJUDGED, and DECREED that the Criminal Information filed in the above-captioned case be and is hereby AMENDED at count 6 to read that the alleged conspiracy was to the crime of Robbery, and that the actor conspired and agreed with Thaddeus Crumbley to commit such crime, and in furtherance thereof did as a principal or an accomplice, commit one or more of the following overt acts: "brandished a firearm and/or pointed a firearm at the victim and/or attempted to rob and/or shot Todd Mattox", in violation of section 903(a)(1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §903(a)(1).

It is further Ordered that the Criminal Information filed in the above-captioned case be and is hereby AMENDED to add Count 7, Criminal Conspiracy to the crime of

Respondents' Exhibit 11

Murder, that the defendant conspired and agreed with Thaddeus Crumbley to commit the crime of Criminal Homicide, and in furtherance thereof did, as a principal or accomplice, commit one or more of the following overt acts: brandished a firearm and or pointed a firearm at the victim and/or shot the victim Todd Mattox.

BY THE COURT:

_____ J.

Respondents' Exhibit 11