IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | CRIMINAL DIVISION |
| VS | CC 201202821 |
| MATTHEW EBO | |

ORDER OF THE COURT

AND NOW, to-wit, this 7Th day of June, 2012, it is hereby ORDERED, ADJUDGED and DECREED that the defendant in the above-captioned case be and is hereby REQUIRED to disclose those materials requested in paragraph four of the within Motion for Pretrial Discovery and/or Inspection ~~on or before the ____ day of _____, 20__.~~ in a timely manner before trial.

BY THE COURT:

_/s/ [signature]_

FILED
2012 JUN -7 AM 10:10
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 12