# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA,    Docket No.: CC 2012-2821
                                 OTN:       G  5477032

v.

MATTHEW EBO,



Petitioner.

## ORDER OF COURT

AND NOW, to wit, this 13th day of June, 2012, upon consideration of the foregoing Petition for Nominal Bond Pursuant to Pa. R. Crim. P. 600(E), it is hereby ORDERED, ADJUDGED, and DECREED that:

Petition is Denied

BY THE COURT:

Beth Lazzara, Judge

FILED
2012 JUN 13 AM 11:42
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

5

Respondents' Exhibit 15