

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | CRIMINAL DIVISION |
| VS. | CC201202821 |
| MATTHEW EBO | |

ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012, after the presentation of evidence and legal arguments, it is hereby ORDERED, ADJUDGED and DECREED that the Commonwealth be and is hereby PERMITTED to introduce into evidence at the trial on the above captioned case the statement made to Anthony Snyder by the victim in which he states his intention to meet "Matt Matt"

BY THE COURT:

_____, J.



Respondents' Exhibit 16