IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA      CRIMINAL DIVISION

VS.      CC 201202821

MATTHEW EBO

### ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012, it is hereby ORDERED, ADJUDGED, and DECREED that the Commonwealth be and is hereby PERMITTED to introduce into evidence the 911 transcript at the trial of the above-captioned case, limited to the portion of the 911 call attached to this motion as "Exhibit A".

BY THE COURT:

_____, J.

FILED
2012 JUL 27 PM 2:06
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 17