IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA : CC No. 2012-02821
:
vs. :
:
Matthew Ebo
Defendant.

### ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012, it is hereby ORDERED, ADJUGED and DECREED that:

The Commonwealth's Motion to present evidence of Defendant Thaddeus Crumbley's actions on June 2, 2011 are granted. The Commonwealth may present such evidence as it relates to the issue of identity.

[signature]

FILED
2012 JUL 27 PM 2:06
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 18