IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA : CC No. 2012-02821

vs.

Matthew Lamar Eloo
Defendant.

### ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012, it is hereby ORDERED, ADJUGED and DECREED that:

Count 5 of The Amended Criminal Information: 18 § 6105 C Person Not to Possess a firearm shall be severed from The jury trial scheduled on this case. Count 5 shall proceed to trial at The same time as The jury trial, but shall be heard and decided non-jury.

FILED
2012 JUL 27 PM 2:05
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 19