IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02821

MATTHEW EBO,   THE HONORABLE BETH LAZZARA
        Defendant.

## ORDER OF COURT

AND NOW, to-wit, this 5th day of October, 2012, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion for Extraordinary Relief on the above captioned case is hereby:

_Denied. See Order of Same date in Case # 2012-02820_

BY THE COURT:

_[signature]_, J.

FILED
2012 OCT -5 PM 2:21
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 24