IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA ) CC No.:201202821
) OTN: G 547703-2
vs. ) Charge: Criminal Homicide
) 1st Degree Murder
MATTHEW EBO

**ORIGINAL**
Criminal Division
Dept. of Court Records
Allegheny County, PA

ORDER OF COURT IMPOSING LIFE SENTENCE

AND NOW, to-wit, this 28th day of November, 2012 in open Court, the Defendant having been convicted of First Degree Murder, appearing with counsel, and pursuant to 18 Pa.C.S.A. §1102 and 42 Pa.C.S.A. §9711, the sentence of the Court is that you, MATTHEW EBO, undergo imprisonment for the period of your natural life and stand committed; and be committed to the custody of the Department of Corrections for confinement in such State Correctional Facility authorized to receive males, and shall be delivered to the State Correctional Facility as determined by the Department of Corrections, there to be kept, fed, clothed and treated as the law directs.

This sentence to begin and take effect as of November 28, 2012.

_____, J.

FILED 2012 NOV 29 PM 1:42 DEPT. OF COURT RECORDS CRIMINAL DIVISION ALLEGHENY COUNTY PA

Respondents' Exhibit 25