# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA : CRIMINAL DIVISION
:
v. : CC 201202821
:
MATTHEW EBO, :
:
Defendant. :

ORIGINAL
Criminal Division
Dept. of Court Records
Allegheny County, PA

## ORDER OF COURT

AND NOW, to-wit, this 21 day of December, 2012, after due consideration of the Post-Sentence Motions *Nunc Pro Tunc*; Motion for Leave to File Supplemental Post-Sentence Motions *Nunc Pro Tunc*; Motion for an Extension of Time to Decide All of the Post-Sentence Motions *Nunc Pro Tunc*; and Motion for the Immediate Production of Transcripts, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

The Motion for Leave to File Supplemental Post-Sentence Motions *Nunc Pro Tunc*, the Motion for an Extension of Time to Decide All of the Post-Sentence Motions *Nunc Pro Tunc*, and the Motion for the Immediate Production of the Transcripts are hereby **GRANTED**.

The Court Reporter, Michelle Maglicco (Hearing on Commonwealth Motions to Amend: 6-7-12), is hereby **DIRECTED** to prepare the transcripts and properly file and serve them on this Court and Undersigned Counsel for the Defendant by the _____ day of _____, 2013.

The Court Reporter, Deborah Betzler (Hearing on Defense Motion for Bond: 6-13-12), is hereby **DIRECTED** to prepare the transcripts and properly file and serve them on this Court and Undersigned Counsel for the Defendant by the _____ day of _____, 2013.

The Court Reporter, Denise Zwick (Hearing on Commonwealth Motions on Evidence: 7-27-12), is hereby **DIRECTED** to prepare the transcripts and properly file and serve them on this Court and Undersigned Counsel for the Defendant by the _____ day of _____, 2013.

The Court Reporter, Janet Barto (Hearing on Count Five: 8-22-12), is hereby **DIRECTED** to prepare the transcripts and properly file and serve them on this Court and Undersigned Counsel for the Defendant by the _____ day of _____, 2013.

Respondents' Exhibit 28