IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA : | CRIMINAL DIVISION |
| v. : | CC 201202821 |
| MATTHEW EBO, : | **ORIGINAL** |
| Defendant. : | Criminal Division<br>Dept. of Court Records<br>Allegheny County, PA. |

**ORDER OF COURT**

AND NOW, to-wit, this 21st day of December, 2012, after due consideration of the Emergency Petition for Leave to File Post-Sentence Motions *Nunc Pro Tunc* filed in the above-captioned case, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that said Petition is **GRANTED**. Post-Sentence Motions *Nunc Pro Tunc* are expressly permitted in the above-captioned case. The Post-Sentence Motions *Nunc Pro Tunc* simultaneously filed with said Petition are expressly accepted in the above-captioned case.

BY THE COURT:

[signature]

FILED
2012 DEC 21 PM 12: 45
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 29