Commonwealth of Pennsylvania
v.
Matthew Ebo

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

DOCKET NO:     CP-02-CR-0002821-2012



ORIGINAL
Criminal Division
Dept. of Court Records
Allegheny County, PA.

# Order-Denial of Post Sentence Motion
# By Operation of Law

AND NOW, this 26th day of June, 2013, the motion for post sentence relief presented by The Office of The Public Defender in this matter, is DENIED by operation of law pursuant to Pa.R.Crim.P. 720(B)(3)(b).

The defendant is advised of the following:

1. You have the right to file an appeal within 30 days of the entry of this order,

2. You have the right to the assistance of counsel in the preparation of your appeal,

3. You have the right, if you are indigent, to appeal in forma pauperis and to proceed with assigned counsel as provided in Pa.R.Crim.P. 122; and

4. You have a qualified right to bail under Pa.R.Crim.P. 521(B).

BY THE COURT,

*Kate Barkman*

_____
Kate Barkman

ALLEGHENY COUNTY PA
CRIMINAL DIVISION
DEPT. OF COURT RECORDS

13 JUL -9 PM 3: 52

FILED

Printed: 07/09/2013 3:55:22PM

Respondents' Exhibit 33