

ORIGINAL
Criminal Division
Dept. of Court Records
Allegheny County, PA.

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA

v.

MATTHEW EBO,
        Defendant

**CC No.** 201202821

**OTN No.** G-547703-2

**JUDGE:** Beth A. Lazzara

**CHARGES:**
Criminal Homicide – First Degree Murder/ Robbery-Inflict Serious Bodily Injury/Robbery-Motor Vehicle/Carrying Firearms Without a License/Possession of a Firearm/Criminal Conspiracy (2 Counts)

**NOTICE OF APPEAL
TO THE SUPERIOR COURT**

Filed on behalf of:
**MATTHEW EBO,**
Defendant

FILED 13 JUL 25 AM 10:07
DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Counsel of Record:

ELLIOT HOWSIE
Public Defender
PA I.D. #83441

SUZANNE M. SWAN
Chief - Appellate Division
PA I.D. #46183

JESSICA L. HERNDON ***
Assistant Public Defender
Appellate Counsel
PA I.D. #93388

PUBLIC DEFENDERS OFFICE
400 County Office Building
542 Forbes Avenue
Pittsburgh, Pennsylvania 15219-2904

*** Counsel of Record    (412) 350-2403

Respondents' Exhibit 34

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CC No. 201202821 |
| | : | |
| v. | : | OTN No. G-547703-2 |
| | : | |
| MATTHEW EBO, | : | |
| Defendant | : | |

### NOTICE OF APPEAL TO SUPERIOR COURT OF PENNSYLVANIA

This Notice of Appeal is hereby given that the defendant, **MATTHEW EBO**, appeals to the Superior Court of Pennsylvania from the Judgment of Sentence imposed on November 28, 2012, by the Honorable Beth A. Lazzara, of the Criminal Division of the Court of the Common Pleas of Allegheny County, Pennsylvania, which became final on June 26, 2013, when Defendant's Post-Sentence Motions were denied by Operation of Law pursuant to Pa.R.Crim.P.No. 720.

_____
ELLIOT HOWSIE
Public Defender
PA I.D. #83441

_____
SUZANNE M. SWAN
Chief - Appellate Division
PA I.D. #46183

_____
JESSICA L. HERNDON
Assistant Public Defender
Appellate Counsel
PA I.D. #93388

Respondents' Exhibit 34

| | |
|---|---|
| Commonwealth of Pennsylvania<br>v.<br>Matthew Ebo | IN THE COURT OF COMMON PLEAS OF<br>ALLEGHENY COUNTY, PENNSYLVANIA<br><br>CRIMINAL DIVISION<br><br>DOCKET NO:    CP-02-CR-0002821-2012 |

## Order-Denial of Post Sentence Motion
## By Operation of Law

AND NOW, this 26th day of June, 2013, the motion for post sentence relief presented by The Office of The Public Defender in this matter, is DENIED by operation of law pursuant to Pa.R.Crim.P. 720(B)(3)(b).

The defendant is advised of the following:

1. You have the right to file an appeal within 30 days of the entry of this order,

2. You have the right to the assistance of counsel in the preparation of your appeal,

3. You have the right, if you are indigent, to appeal in forma pauperis and to proceed with assigned counsel as provided in Pa.R.Crim.P. 122; and

4. You have a qualified right to bail under Pa.R.Crim.P. 521(B).

BY THE COURT:

*Kate Barkman*

Kate Barkman

FILED
13 JUL -9 PM 3:52
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

CPCMS 2284                                                                                    Printed: 07/09/2013 2:55:22PM

Respondents' Exhibit 34

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA )  CC No.:201202821
                                OTN:    G 547703-2
        vs.                     Charge: Criminal Homicide
                                        1st Degree Murder
____MATTHEW EBO_____

**ORDER OF COURT IMPOSING LIFE SENTENCE**

    AND NOW, to-wit, this 28th day of November, 2012 in open Court, the Defendant having been convicted of First Degree Murder, appearing with counsel, and pursuant to 18 Pa.C.S.A. §1102 and 42 Pa.C.S.A. §9711, the sentence of the Court is that you, MATTHEW EBO, undergo imprisonment for the period of your natural life and stand committed; and be committed to the custody of the Department of Corrections for confinement in such State Correctional Facility authorized to receive males, and shall be delivered to the State Correctional Facility as determined by the Department of Corrections, there to be kept, fed, clothed and treated as the law directs.

    This sentence to begin and take effect as of November 28, 2012.

_____, J.

Respondents' Exhibit 34

| | |
|---|---|
| **Commonwealth of Pennsylvania**<br>v.<br>**Matthew Ebo** | IN THE COURT OF COMMON PLEAS OF<br>ALLEGHENY COUNTY, PENNSYLVANIA<br><br>CRIMINAL DIVISION<br><br>DOCKET NO: CP-02-CR-0002821-2012<br>OTN: G5477032 |

# ORDER OF SENTENCE

AND NOW, this 28th day of November, 2012, the defendant having been convicted in the above-captioned case is hereby sentenced by this Court as follows. The defendant is to pay all applicable fees and costs unless otherwise noted below:

**Count 1 - 18 §2501 §§A - Criminal Homicide -(H1)**
   To be confined for a Period of Life at SCI Camp Hill.

**Count 2 - 18 §3701 §§A1I - Robbery-Inflict Serious Bodily Injury -(F1)**

   A determination of guilty without further penalty.

**Count 3 - 18 §3702 §§A - Robbery Of Motor Vehicle -(F1)**
   To be confined for a Minimum Term of 10 years and a Maximum Term of 20 years at SCI Camp Hill.
   This sentence is to be served consecutive to:
      CP-02-CR-0002821-2012 Ct # 1 Confinement

**Count 4 - 18 §6106 §§A1 - Firearms Not To Be Carried W/O License -(F3)**
   To be confined for a Minimum Term of 3 years and 6 months and a Maximum Term of 7 years at SCI Camp Hill.
   This sentence is to be served consecutive to:
      CP-02-CR-0002821-2012 Ct # 3 Confinement

**Count 5 - 18 §6105 §§A1 - Possession Of Firearm Prohibited -(M1)**
   To be confined for a Minimum Term of 2 years and 6 months and a Maximum Term of 5 years at SCI Camp Hill.
   This sentence is to be served consecutive to:
      CP-02-CR-0002821-2012 Ct # 4 Confinement

**Count 6 - 18 §903 §§C - Conspiracy - Robbery-Inflict Serious Bodily Injury -(F1)**
   To be confined for a Minimum Term of 10 years and a Maximum Term of 20 years at SCI Camp Hill.
   This sentence is to be served consecutive to:
      CP-02-CR-0002821-2012 Ct # 5 Confinement

**Count 7 - 18 §903 §§C - Conspiracy - Criminal Homicide -(H1)**
   To be confined for a Minimum Term of 20 years and a Maximum Term of 40 years at SCI Camp Hill.
   This sentence is to be served consecutive to:
      CP-02-CR-0002821-2012 Ct # 6 Confinement

By the Court
*[signature]*, J

AOPC 2066 REV. 11/28/2012

Respondents' Exhibit 34

0224

FILED

12 MAR 28 AM 8: 47

DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY, PA

# Commonwealth of Pennsylvania

vs

**Matthew Lamar Ebo**



| | |
|---|---|
| **CC No.** CC201202821 | **Offense Date** 05/16/2011 |
| **O.T.N. No.** G 547703-2 | **Filed Date** 12/07/2011 |
| **B.C.I. No.** | **Pre-Trial Date** 03/27/2012 |
| **S.I.D. No.** 27027024 | **180/365 Dates** 06/04/2012 / 12/06/2012 |
| **Race** Black | **F / A Date** 04/04/2012 |
| **Sex** Male | **Judge** |
| **SS #** | **Reporter** |
| **D.O.B.** | **Minute Clerk** |
| | **A.D.A.** |

**SEE ATTACHED SHEET CASE(S) TO BE LINKED**

**Count 1:** 182501A: CRIMINAL HOMICIDE

**Count 2:** 183701A1I: ROBBERY- SERIOUS BODILY INJURY

**Count 3:** 183702A: ROBBERY OF MOTOR VEHICLE

**Count 4:** 186106A1: CARRYING FIREARM WITHOUT A LICENSE

**Count 5:** 186105C: PERSON NOT TO POSSESS A FIREARM

**Count 6:** 18903A1: CRIMINAL CONSPIRACY

And now 4/7/12 the commonwealth's motion to amend criminal information at count 6 to read conspiracy to commit robbery, count 7 will be amended to add criminal conspiracy to commit murder. Motion granted. See order filed.

And now 4/7/12 the commonwealth's motion for discovery for the defense to disclose materials within paragraph four of the motion is to be delivered in a timely manner before trial. Motion granted. See order filed.

Respondents' Exhibit 34

And now 4/13/[?] appear
motion for bond has been
denied.

By the Court
[signature], J

Respondents' Exhibit 34

## Amended Information

### *CC201202821*

## Commonwealth of Pennsylvania

vs

### Matthew Lamar Ebo

| | |
|---|---|
| CC No.   CC201202821 | Offense Date   05/16/2011 |
| O.T.N. No.   G 547703-2 | Filed Date   12/07/2011 |
| B.C.I. No. | Pre-Trial Date   03/27/2012 |
| S.I.D. No.   27027024 | 180/365 Dates   06/04/2012 / 12/06/2012 |
| Race   Black | F / A Date   04/04/2012 |
| Sex   Male | Judge |
| SS # | Reporter |
| D.O.B. | Minute Clerk |
| | A.D.A.   Steven M Stadtmiller |

SEE ATTACHED SHEET CASE(S) TO BE LINKED

Count 1: 182501A: CRIMINAL HOMICIDE

Count 2: 183701A1I: ROBBERY- SERIOUS BODILY INJURY

Count 3: 183702A: ROBBERY OF MOTOR VEHICLE

Count 4: 186106A1: CARRYING FIREARM WITHOUT A LICENSE

Count 5: 186105C: PERSON NOT TO POSSESS A FIREARM NJ (M1)

Count 6: 18903A1: CRIMINAL CONSPIRACY

Count 7: 18903A1: CRIMINAL CONSPIRACY

over

And now 7/27/12 the Commonwealth's motion to introduce evidence at the trial has been GRANTED. See motion filed.

By the Court
[signature], J

And now 7/27/12 the Commonwealth's motion to introduce evidence the .11 transcript at trial has been GRANTED. See motion filed.

By the Court
[signature], J

And now 7/27/12 the Commonwealth's motion to present evidence of defendant's Thaddeus Crumbley's actions on 4/2/11 has been GRANTED. See motion filed.

By the Court
[signature], J

And now 7/27/12 the motion to amend count 5 of the criminal information to 6105C has been granted and shall be heard non jury. See motion filed.

By the Court
[signature], J

Respondents' Exhibit 34

CASE(S) LINKED TOGETHER:

COMMONWEALTH V. MATTHEW LAMAR EBO

| | | |
|---|---|---|
| CC201111428  No Date | Judge: | D/A: Lawrence E Sachs |
| CC201113358  No Date | Judge: | D/A: Lawrence E Sachs |

THADDEUS THOMAS CRUMBLEY
CC201202820  No Date     Judge:        D/A: Steven M Stadtmiller

---

DATE  8/22/12
JUDGE  Beth Lazzara
A.D.A.  Steve Stadtmiller
DEFT.  Randall McKinney
REPORTER  Janet Barto
MINUTE CLERK  Ashley Lunhart

In regards to count 5
And now 8/22/12
Defendant present in open court with counsel pleads not guilty and waives trial by Jury. See waiver filed. on person not to possess.

---

DATE  8/22/12
JUDGE  Beth Lazzara
A.D.A.  Steve Stadtmiller
DEFT.  Randall McKinney
REPORTER  Janet Barto
MINUTE CLERK  A Lunhart

And now 8/22/12
In Open Court Defendant(s) with counsel pleads Not Guilty. Issue joined by District Attorney.
JURY SWORN: 10:02 AM

And now 9/4/12 the defendant is adjudged at count 1 GUILTY
count 2 GUILTY
count 3 GUILTY
count 4 GUILTY
count 6 GUILTY
count 7 GUILTY

Verdict received on 9/4/12 at 2:34PM and recorded at 2:39PM
and now 9/4/12
Defendant(s) present in open court when verdict(s) Court recorded.

Respondents' Exhibit 34

AND NOW, 9/4/12.
Defendant present in open court, after bench trial, Defendant is hereby adjudged GUILTY as charged. on counts 5
BY THE COURT:

By the Court
_Signature_, J

Defendant(s) present in open court when verdict(s) recorded.

Trial Judge.
By the Court
_Signature_, J

WINNIE CLERK
REPORTER
DEF'
A.D.A.
JUDGE
DATE

---

AND NOW, 9/4/12
SENTENCE DEFERRED PENDING PRE-SENTENCE REPORT.

Sentencing set November 28, 2012

And now 10/5/12 the defense motion for extraordinary relief has been DENIED.
By the Court
_Signature_, J

And now 10/5/12 the defense motion for amended relief has been DENIED
By the Court
_Signature_, J

And now 10/5 the motion to proceed in forma pauperis has been GRANTED
By the Court
_Signature_, J

WINNIE CLERK
REPORTER

And now 10/5/12 the motion with regards to Richard Carpenter and Jadey Robinson has been DENIED
By the Court
_Signature_, J

DATE

And now 11/28/12
SENTENCE PENALTY IMPOSED.
SEE ORDER FILED.
CR-M. Spagnolo

Respondents' Exhibit 34

IN THE COURT OF COMMON PLEAS
COUNTY OF ALLEGHENY
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA

VS.

MATTHEW LAMAR EBO

Criminal Action No. CC201202821

The District Attorney of ALLEGHENY County, by this information charges that on (or about) Monday, the 16th day of May, 2011 in the said County of ALLEGHENY, MATTHEW LAMAR EBO hereinafter called actor, did commit the crime or crimes indicated herein, that is:

Count 1                        CRIMINAL HOMICIDE                                    Murder

The actor intentionally, knowingly, recklessly or negligently caused the death of Todd Mattox another human being, in violation of Section 2501 (a) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §2501(a), as amended.

Count 2                    ROBBERY- SERIOUS BODILY INJURY                          Felony 1

The actor in the course of committing a theft, either inflicted serious bodily injury upon Todd Mattox threatened that person or persons with, or put that person or persons in fear of immediate serious bodily injury, in violation of Section 3701(a)(1)(i) or (ii) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §3701 (a)(1)(i) or (ii).

Count 3                        ROBBERY OF MOTOR VEHICLE                             Felony 1

The actor stole or took a motor vehicle, namely, a Nissan Sentra, from another person in the presence of that person or any other person in lawful possession of the motor vehicle, namely Todd Mattox, in violation of Section 3702 of the Pennsylvania Crimes Code, Act 28 of June 8, 1993, 18 Pa. C.S. §3702, as amended.

Count 4                    CARRYING FIREARM WITHOUT A LICENSE                       Felony 3

The actor carried, without a license therefore as provided by Chapter 61, Subchapter A of the Pennsylvania Crimes Code, 18 Pa. C.S. §6101 et. seq., a firearm concealed on or about his person, or in a vehicle, in violation of Section 6106 of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §6106, as amended.

Page 1 of 2

Respondents' Exhibit 34

| Count 5 | PERSON NOT TO POSSESS A FIREARM | Misdemeanor 1 |

The actor possessed, used, controlled, sold, transferred, manufactured or obtained a license to possess, use, control, sell, transfer or manufacture a firearm, said actor being a person who was adjudicated delinquent of Rape and/or Aggravated Assault in violation of Section 6105(a)(1) and (c) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa.C.S. §6105(a)(1) and (c), as amended.

| Count 6 | CRIMINAL CONSPIRACY | Felony 1 |

The actor, with the intent of promoting or facilitating the crime(s) of Robbery, conspired and agreed with Thaddeus Crumbley that they or one or more of them would engage in conduct constituting such crime(s) or an attempt or solicitation to commit such crime(s), and in furtherance thereof committed one or more of the following overt acts: brandished a firearm and/or pointed a firearm at Todd Mattox and/or robbed and/or shot Todd Mattox and/or took the victim's property, in violation of Section 903 (a) (1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §903 (a)(1), as amended.

| Count 7 | CRIMINAL CONSPIRACY | Murder |

The actor, with the intent of promoting or facilitating the crime(s) of Murder conspired and agreed with Thaddeus Crumbley that they or one or more of them would engage in conduct constituting such crime(s) or an attempt or solicitation to commit such crime(s), and in furtherance thereof committed one or more of the following overt acts: brandished a firearm and/or pointed a firearm at Todd Mattox and/or shot Todd Mattox, in violation of Section 903 (a) (1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §903 (a)(1), as amended.

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

_____
Attorney for the Commonwealth

Respondents' Exhibit 34

CASE(S) LINKED TOGETHER:

<u>COMMONWEALTH V. MATTHEW LAMAR EBO</u>

| | | | |
|---|---|---|---|
| CC201111428 | No Date | Judge: | D/A: Lawrence E Sachs |
| CC201113358 | No Date | Judge: | D/A: Lawrence E Sachs |

**THADDEUS THOMAS CRUMBLEY**
CC201202820   No Date         Judge:            D/A:

Respondents' Exhibit 34

CC No. CC201202821

COMMONWEALTH OF PENNSYLVANIA

vs

<u>MATTHEW LAMAR EBO</u>

### RECEIPT OF COPY OF INFORMATION

I hereby certify that I have received a copy of the information filed by the District Attorney in the above-captioned action.

/ /   DEFENDANT

/ /   DEFENDANT'S COUNSEL OF RECORD

_____
SIGNATURE

_____
DATE

Respondents' Exhibit 34

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CC No. 201202821 |
| | : | |
| v. | : | OTN No. G-547703-2 |
| | : | |
| MATTHEW EBO, | : | |
| Defendant | : | |

### PETITION TO PROCEED IN FORMA PAUPERIS

AND NOW, July 24, 2013, comes the above-captioned Petitioner, **MATTHEW EBO**, by his attorney, Jessica L. Herndon, Esquire, of the Office of the Public Defender of Allegheny County, Pennsylvania, and respectfully represents as follows:

1. The Office of the Public Defender did not represent Mr. Matthew Ebo at his Jury Trial and Sentencing proceedings in the lower court before the Honorable Beth A. Lazzara at the above referenced CC number.

2. The Office of the Public Defender was court appointed on November 30, 2012, to represent Defendant in appeal proceedings. The Public Defender believes and therefore certifies that the Petitioner is indigent and should be granted the right to proceed in forma pauperis.

3. Undersigned counsel has received no information regarding a substantial change in the financial condition of the Petitioner.

4. The Public Defender is providing free legal service to the Petitioner.

WHEREFORE, Applicant respectfully requests leave to file an appeal and proceed in forma pauperis pursuant to Pennsylvania Rules of Criminal Procedure 552.

Respectfully submitted,

ELLIOT HOWSIE
Public Defender

SUZANNE M. SWAN
Chief-Appellate Division

JESSICA L. HERNDON
Assistant Public Defender
Appellate Counsel

Respondents' Exhibit 34

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CC No. 201202821 |
| | : | |
| v. | : | OTN No. G-547703-2 |
| | : | |
| MATTHEW EBO, | : | |
| Defendant | : | |

## O R D E R

AND NOW, July 24, 2013, upon presentation of the foregoing Petition in the above-captioned case, the above-captioned Defendant is granted leave of Court to proceed on appeal in forma pauperis. Said leave is granted by the Department of Records - Criminal Division pursuant to Pennsylvania Rules of Appellate Procedure 552(d).

Respondents' Exhibit 34

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CC No. 201202821 |
| v. | : | OTN No. G-547703-2 |
| MATTHEW EBO, | : | |
| Defendant | : | |

### A F F I D A V I T

I certify that the following listed individual are the only court reporters responsible for transcribing any part of the record necessary for the above-captioned appeal which have already been transcribed and filed with the Department of Court Records - Criminal Division and received by our office. To the best of my knowledge at this time, these individuals are as follows:

**Michelle Maglicco – Motions (6/7/12)**

**Teresa Benson – Motions Continuance (6/8/12)**

**Debbie Betzler – Bail Hearing (6/13/12)**

**Denise Zwick – Pretrial Motions (7/27/12)**

**Janet Barto – Jury Trial (8/22/12 (9/4/12)**

**Judy Dobies – Motion for Extraordinary Relief (10/5/12)**

**Mary Spagnolo – Sentencing (11/28/12)**

JESSICA L. HERNDON
Assistant Public Defender
Appellate Counsel

Respondents' Exhibit 34

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CC No. 201202821 |
| | : | |
| v. | : | OTN No. G-547703-2 |
| | : | |
| MATTHEW EBO, | : | |
| Defendant | : | |

**PROOF OF SERVICE**

I, Jessica L. Herndon, Esquire, of the Office of the Public Defender hereby certify that on this day the Amended Notice of Appeal was served upon the following persons, by hand delivery, which satisfies the requirements of Pa.R.A.P. 121 to:

The Honorable Beth A. Lazzara
509 Allegheny County Courthouse
436 Grant Street
Pittsburgh, Pennsylvania 15219
(412) 350-5981

Michael W. Streily, Esquire
District Attorney's Office
301 Allegheny County Courthouse
436 Grant Street
Pittsburgh, Pennsylvania 15219
(412) 350-4377

Thomas McCaffrey
Criminal Court Administrator
535 Allegheny County Courthouse
Pittsburgh, Pennsylvania 15219

Court Administrative Office
Claire C. Capristro, Court Administrator
3rd Floor, 437 Frick Building
Pittsburgh, Pennsylvania 15219
(412) 350-5410

Court Reporters
415 County Office Building
542 Forbes Avenue
Pittsburgh, PA 15219
(412) 350-5414


_____
JESSICA L. HERNDON
PA I.D. #93388
Assistant Public Defender
Appellate Counsel

OFFICE OF THE PUBLIC DEFENDER
400 County Office Building
542 Forbes Avenue
Pittsburgh, PA 15219-2904
(412) 350-2403

Date: July 24, 2013

Respondents' Exhibit 34