THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | CRIMINAL DIVISION |
| vs. | CC: 2821-2012 |
| MATTHEW EBO, | |
| Defendant. | |

**ORDER**

AND NOW, this 30th day of July, 2013, the Court having received a Notice of Appeal filed on July 25, 2013, the Defendant is hereby ORDERED to file a concise statement of the errors complained of on appeal.

The statement of errors shall be filed no later than the 20th day of August, 2013. The statement of errors shall be filed with the Department of Court Records, Criminal Division.

The statement of errors shall be filed concurrently with the judge by in-person service or by mail as provided in Pa. R.A.P. 121(a).

Any issue not properly included in the statement of errors or not timely filed, or not properly served shall be deemed waived.

BY THE COURT:

_____, J.
Beth A. Lazzara, Judge

Respondents' Exhibit 35