| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br><br>Appellee<br><br>v.<br><br>MATTHEW EBO<br><br>Appellant | IN THE SUPERIOR COURT OF PENNSYLVANIA<br><br><br><br><br><br><br><br>No. 1194 WDA 2013 |

Appeal from the Judgment of Sentence November 28, 2012
In the Court of Common Pleas of Allegheny County
Criminal Division at No(s): CP-02-CR-0002821-2012

BEFORE: GANTMAN, P.J., LAZARUS, J., and MUSMANNO, J.

# ORDER

We grant Appellant's Petition for Remand, and remand this case for an evidentiary hearing and a determination of whether a new trial is warranted based on after discovered evidence. *See* Pa.R.Crim.P. 720(C).

We direct the trial court to schedule a hearing on this matter within ninety days of remand. The Prothonotary is directed to remove this matter from the argument list of Tuesday, August 11, 2015. Jurisdiction relinquished.

PER CURIAM

August 6, 2015

Respondents' Exhibit 41