THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,

vs.

MATTHEW EBO,

Defendant.

CRIMINAL DIVISION

CC: 2012-2821

ORIGINAL
Criminal Division
Dept. of Court Records
Allegheny County, PA.

### ORDER

AND NOW, this 13th day of January, 2016, this Court having received a Notice of Appeal filed on January 13, 2016, the Defendant is HEREBY ORDERED to file a Concise Statement of the Errors Complained of on Appeal.

The statement of errors shall be filed no later than the 3rd day of February, 2016. The statement of errors shall be filed with the Department of Court Records, Criminal Division.

The statement of errors shall be filed concurrently with the judge by in-person service or by mail as provided in Pa. R.A.P. 121(a).

Any issue not properly included in the statement of errors or not timely filed, or not properly served shall be deemed waived.

BY THE COURT :

Beth A. Lazzara, Judge

FILED 16 JAN 14 PM 3:04 DEPT OF COURT RECORDS CRIMINAL DIVISION ALLEGHENY COUNTY PA

Respondents' Exhibit 46