J-A07033-17

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | : | |
| v. | : | |
| MATTHEW EBO, | : | |
| Appellant | : | No. 92 WDA 2016 |

Appeal from the Judgment of Sentence November 28, 2012
in the Court of Common Pleas of Allegheny County
Criminal Division at No(s): CP-02-CR-0002821-2012

BEFORE:   OLSON, STABILE, and STRASSBURGER,* JJ.

**ORDER**

AND NOW, in consideration of Appellant's Motion seeking to incorporate the supplemental reproduced record from Appellant's co-defendant's appeal into the certified record in this appeal, it is hereby ordered that the request is GRANTED. The supplemental reproduced record filed in **Commonwealth v. Crumbley**, 127 WDA 2016, specifically the disc and written statements of Saday Robinson, is incorporated into the certified record in the instant case.

DATE:  March 8, 2017            **Per Curiam**

Respondents' Exhibit 52