2821 - 2012
13358 - 2011
16373 - 2006
15537 - 2006

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSLVANIA

COMMONWEALTH OF PENNSYLVANIA               No. 92 WDA 2016
                    V.
MATTHEW EBO,
              appellant

## MOTION FOR ENFORCEMENT OF SUPERIOR COURT ORDER TO REMAND AND RE-SENTENCE

Appellant now comes, pro se, and files this motion to this honorable court. The Commonwealth sought a mandatory minimum sentence pursuant to 42 Pa. C.S. §9712 on counts three (Robbery) and six (Conspiracy). Despite the fact that the trial court sentenced beyond the mandatory minimum of 42 Pa. C.S. §9712 on those counts, on June 21, 2017, the Superior Court remanded for resentencing as the statute has been found to be unconstitutional. Appellant ask this court to schedule a sentencing hearing so that he may continue with his appeals.



Respectfully Submitted

Matthew Ebo
Dated: December 27, 2017

Respondents' Exhibit 56

## ORDER IN QUESTION

The Judgment of the Superior Court of Pennsylvania entered on June 21, 2017, at No. 92 WDA 2016, is as follows:

Judgment of sentence vacated.   Case remanded for resentencing. Jurisdiction relinquished.

Judgment Entered.

/s/ Joseph D. Seletyn
Joseph D. Seletyn, Esq.
Prothonotary

DATE:   6/21/2017

(A copy of the Judgment is attached hereto as Appendix "A.")

3

Respondents' Exhibit 56