| | |
|---|---|
| Commonwealth of Pennsylvania<br>v.<br>Matthew Ebo | IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA<br><br>CRIMINAL DIVISION<br><br>DOCKET NO:  CP-02-CR-0002821-2012<br>DATE OF ARREST:<br>OTN:  G 547703-2<br>SID:  270-27-02-4<br>DOB:  ▇▇▇▇▇▇ |

# ORDER OF SENTENCE
## (Remanded for Resentencing)

AND NOW, this 28th day of February, 2018, the defendant having been convicted in the above-captioned case is hereby sentenced by this Court as follows. The defendant is to pay all applicable fees and costs unless otherwise noted below:

**Count 1** - 18 § 2501 §§ A - Criminal Homicide  (H1)
  To be confined for Life at SCI Camp Hill.
  This sentence shall commence on 02/28/2018.

**Count 2** - 18 § 3701 §§ A1l - Robbery-Inflict Serious Bodily Injury  (F1)
  A determination of guilty without further penalty.

**Count 3** - 18 § 3702 §§ A - Robbery Of Motor Vehicle  (F1)
  To be confined for a minimum period of 10 Year(s) and a maximum period of 20 Year(s) at SCI Camp Hill.

**Count 4** - 18 § 6106 §§ A1 - Firearms Not To Be Carried W/O License  (F3)
  To be confined for a minimum period of 3 Year(s) 6 Month(s) and a maximum period of 7 Year(s) at SCI Camp Hill.

**Count 5** - 18 § 6105 §§ A1 - Possession Of Firearm Prohibited  (M1)
  To be confined for a minimum period of 2 Year(s) 6 Month(s) and a maximum period of 5 Year(s) at SCI Camp Hill.

**Count 6** - 18 § 903 - Conspiracy - Robbery-Inflict Serious Bodily Injury  (F1)
  To be confined for a minimum period of 10 Year(s) and a maximum period of 20 Year(s) at SCI Camp Hill.

**Count 7** - 18 § 903 - Conspiracy - Criminal Homicide  (H1)
  To be confined for a minimum period of 20 Year(s) and a maximum period of 40 Year(s) at SCI Camp Hill.

---

**LINKED SENTENCES:**
  Link 1
    CP-02-CR-0002821-2012 - Seq. No. 7 (18§ 2501 §§ A) - Confinement is Consecutive to
    CP-02-CR-0002821-2012 - Seq. No. 6 (18§ 3701 §§ A1I) - Confinement is Consecutive to
    CP-02-CR-0002821-2012 - Seq. No. 5 (18§ 6105 §§ A1) - Confinement is Consecutive to
    CP-02-CR-0002821-2012 - Seq. No. 4 (18§ 6106 §§ A1) - Confinement is Consecutive to
    CP-02-CR-0002821-2012 - Seq. No. 3 (18§ 3702 §§ A) - Confinement is Consecutive to
    CP-02-CR-0002821-2012 - Seq. No. 1 (18§ 2501 §§ A) - Confinement

---

**Commonwealth of Pennsylvania**
**v.**
**Matthew Ebo**

**Order of Sentence**

Docket No: CP-02-CR-0002821-2012

The defendant shall receive credit for time served as follows:

| Confinement Location | Start Date | End Date | Days Credit |
|---|---|---|---|
| Allegheny County Jail | 06/05/2012 | 02/28/2018 | 2095 |
| Allegheny County Jail | 02/02/2012 | 03/16/2012 | 44 |
| **Total** | | | **2,139** |

02/28/2018

BY THE COURT:

_Judge Beth A. Lazzara_

Respondents' Exhibit 58