IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) CRIMINAL DIVISION |
| | ) |
| v. | ) CC# |
| | ) |
| Matthew Ebo | ) 2012-02821 |
| Defendant. | ) |

### ORDER OF COURT

AND NOW, this __10th__ day of __April__ __2018__, ~~2017~~, IT IS HEREBY ORDERED, ADJUDGED AND DECREED __That Defendant's Post-Sentence Motion is Denied.__

FILED
2018 APR 11  PM 2:13
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY, PA

BY THE COURT:

_____, J.
BETH A. LAZZARA, JUDGE

Respondents' Exhibit 60