FILED

2018 MAY 16 PM 3:32

DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY, PA

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

Commonwealth of Pennsylvania,         )
        Appellee                  )
   v.                                 )     CC No.: 2012-02821
                                      )
Matthew Ebo,                          )     OTN No.: G5477032
        Appellant                 )

**Notice of Appeal**

Notice is given that Matthew Ebo, the defendant in the above-stated criminal case, appeals to the Superior Court of Pennsylvania from the order entered on April 10, 2018. The April 10 order denied Ebo's post-sentence motion. The order has been entered in the docket as evidence by the attached copy of the order time stamped by the Department of Court Records.

(s) *Matthew Ebo*

Matthew Ebo,
#MS0051
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510

Respondents' Exhibit 61

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA ) CRIMINAL DIVISION
) 
v. ) CC#
)
) 2012-02821
Matthew Ebo )
Defendant. )

## ORDER OF COURT

AND NOW, this __10th__ day of __April__, ~~2017~~ 2018, IT IS HEREBY ORDERED, ADJUDGED AND DECREED _that Defendant's Post-Sentence Motion is Denied._

BY THE COURT:

_____, J.
BETH A. LAZZARA, JUDGE

FILED
2018 APR 11  PM 2:13
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY, PA

Respondents' Exhibit 61

## Proof of Service

I hereby certify that I am this day serving the foregoing document upon the persons and in the manner indicated below, which service satisfies the requirements of Pa.R.A.P. 121:

The Department of Court Records
Criminal Division
Allegheny County
436 Grant Street
Pittsburgh, PA 15219

The Honorable Judge Beth A. Lazzara
Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219

The District Attorney's Office
Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219

The Court Administrator
Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219

Victoria Vidt, Esquire
Public Defender's Office
400 County Office Building
542 Forbes Avenue
Pittsburgh, PA 15219

(s) _Matthew Ebo_
       Matthew Ebo

Respondents' Exhibit 61