IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF
PENNSYLVANIA,

     vs.

MATTHEW EBO,

    Defendant.

CRIMINAL DIVISION

CC No.: 2012-2821

**ORIGINAL**
Criminal Division
Dept. Of Court Records
Allegheny County, PA

## ORDER

AND NOW, this ___9th___ day of May, 2018, the Defendant having filed a Notice of Appeal on May 8, 2018, the Defendant is HEREBY ORDERED to file a Concise Statement of the Errors Complained of on Appeal pursuant to Pa. R. App. P. 1925(b).

The statement of errors shall be filed no later than **May 30, 2018.**   The statement of errors shall be filed with the Department of Court Records, Criminal Division.

The statement of errors shall be filed concurrently with the judge by in-person service or by mail as provided in Pa. R.A.P. 121(a).

Any issue not properly included in the statement of errors or not timely filed, or not properly served shall be deemed waived.

BY THE COURT:

_____, J.

BETH A. LAZZARA, JUDGE

Respondents' Exhibit 62