Received 5/30/2018 1:50:02 PM Superior Court Western District

Filed 5/30/2018 1:50:02 PM Superior Court Western District
679 WDA 2018

IN THE SUPERIOR COURT OF PENNSYLVANIA
Western District

COMMONWEALTH OF PENNSYLVANIA

V.     No. 679 WDA 2018

MATTHEW EBO,
    Appellant

**PRAECIPE FOR DISCONTINUANCE**

DATE: May 30, 2018.   The above appeal is hereby discontinued.

By:   */s/ Victoria H. Vidt*
    VICTORIA H. VIDT
    Assistant Public Defender
    Appellate Counsel
    PA I.D. # 67385

Office of the Public Defender
400 County Office Building
542 Forbes Avenue
Pittsburgh, PA 15219-2904
(412) 350-2368

SERVICE BY PACfile or
HAND DELIVERY TO:

Michael W. Streily,
Deputy District Attorney, Appellate Division
410 County Courthouse

The Honorable Beth A. Lazzara
Allegheny County Court of Common Pleas
510 County Courthouse
Pittsburgh, PA  15219

To:  Prothonotary of the Superior Court of Pennsylvania
Sitting at Pittsburgh
1015 Grant Building
310 Grant Street
Pittsburgh, PA 15219

0792

Respondents' Exhibit 63