IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA       CC 201202821

V.

MATTHEW EBO                        JUDGE LAZZARA

                                   MOTION FOR
                                   PRIVATE INVESTIGATOR

                                   ON BEHALF OF:
                                   Matthew Ebo

                                   ATTORNEY:
                                   Diana Stavroulakis, Esq.
                                   PA ID #59255
                                   262 Elm Court
                                   Pittsburgh, PA 15237

                                   412-600-8608
                                   Diana@Stavroulakislaw.com

2018 JUN 29 PM 12:59
CRIMINAL DIVISION
ALLEGHENY COUNTY, PA

Respondents' Exhibit 64

IN THE COURT OF COMMON PLEAS OF ALLGHENY COUNTY,
PENNSYLVANIA
CRIMINAL DIVISION

| | |
|---|---|
| COMMONWEALTH of PENNSYLVANIA | CC 201202821 |
| v. | |
| MATTHEW EBO | JUDGE LAZZARA |

## MOTION FOR PRIVATE INVESTIGATOR

AND NOW comes the Defendant, Matthew Ebo, by and through his attorney Diana Stavroulakis, Esquire, who presents the within Motion for Private Investigator, and in support thereof states the following:

1. Matthew Ebo (Ebo), an incarcerated individual serving a sentence in the above-captioned case, has been granted *In Forma Pauperis* status. Counsel was appointed to represent Ebo with his pending Post-Conviction Relief Act (PCRA) Petition.

2. Based upon counsel's review of the record, discussions with her client, and preliminary discussions with Patrick K. Nightengale, Esquire, who is representing Ebo's co-defendant from trial, Thaddeus Crumbley (Crumbley), on a pending PCRA Petition, it has become apparent that

Respondents' Exhibit 64

the services of a private investigator are necessary to assist in locating and interviewing Robert Raglin – a proposed eyewitness to the underlying homicide.

3. Counsel represents to this Honorable Court that if this request is granted, the funds will be used to pay for the services of Ron Getner, who has already been contacted to assist with locating and interviewing this witness in Crumbley's case. By using allotted funds for the same investigator, counsel submits that it would spare duplication of efforts and the information obtained would be jointly valuable to both Ebo and Crumbley on this specific issue within their respective PCRA Petitions.

WHEREFORE, counsel respectfully requests that this Honorable Court appoint Ron Getner of R.J. Getner and Associates to assist counsel in this matter.

Respectfully Submitted,

_____
Diana Stavroulakis, Esq.

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA          CC 201202821

v.

MATTHEW EBO                            JUDGE LAZZARA

### ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2018, upon consideration of Defendant's Motion for Private Investigator, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. The Court authorizes $500.00 for the services of private investigator Ron Getner of R.J. Getner and Associates.

BY THE COURT:

_____,J.

Respondents' Exhibit 64

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records Of The Appellate And Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: June 29, 2018

Submitted by:

*[signature]*

Diana Stavroulakis, Esquire
PA ID #59255
262 Elm Court
Pittsburgh, PA 15237

Respondents' Exhibit 64

## CERTIFICATE OF SERVICE

I, undersigned counsel, do hereby verify and state that a true and correct copy of the attached Motion has been served upon the following individuals, this 29th day of June 2018, as follows:

**Service by Hand-Delivery:**

Hon. Beth A. Lazzara
Court of Common Pleas
509 Courthouse
436 Grant Street
Pittsburgh, PA 15219

Ron Wabby, Esquire
District Attorney's Office
436 Grant Street
401 Courthouse
Pittsburgh, PA 15219

Dept. of Court Records – Criminal Division
Allegheny County Courthouse, 1st Floor
436 Grant Street
Pittsburgh, PA 15219

Respectfully Submitted:

Diana Stavroulakis

Respondents' Exhibit 64