IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA            CC 201202821

v.

MATTHEW EBO                             JUDGE LAZZARA

## ORDER OF COURT

AND NOW, to-wit, this ___5th___ day of ___July___, 2018, upon consideration of Defendant's Motion for Private Investigator, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. The Court authorizes $500.00 for the services of private investigator Ron Getner of R.J. Getner and Associates.

BY THE COURT:

_____, J.

FILED
2018 JUL -5 PM 1:32
DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY, PA

Respondents' Exhibit 65