IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,

vs.

MATTHEW EBO,

Defendant.

CRIMINAL DIVISION

CC No. 2012-2821

## ORDER PURSUANT TO Pa.R.A.P.1925(b)

AND NOW, this __14th__ day of January, 2020, the Defendant having filed a Notice of Appeal, the Defendant is HEREBY ORDERED to file a Concise Statement of the Errors Complained of on Appeal pursuant to Pa. R.A.P. 1925(b).

The statement of errors shall be filed no later than **February 6, 2020**. The statement of errors shall be filed with the Department of Court Records, Criminal Division.

The statement of errors shall be filed concurrently with the judge by in-person service or by mail as provided in Pa.R.A.P. 121(a).

Any issue not properly included in the statement of errors or not timely filed, or not properly served shall be deemed waived.

In order to facilitate timely record transmission pursuant to Pa.R.A.P. 1931(a), extensions of time shall be granted upon a showing of good cause.

BY THE COURT:

_____, J.
BETH A. LAZZARA, JUDGE

Respondents' Exhibit 72