IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA                CP-02-CR-2821-2012

V.

MATTHEW EBO                                 JUDGE LAZZARA

                                            CONCISE STATEMENT
                                            OF ERRORS ON APPEAL

                                            ON BEHALF OF:
                                            Matthew Ebo

                                            ATTORNEY:
                                            Diana Stavroulakis, Esq.
                                            PA ID #59255

                                            3362 Babcock Blvd.
                                            P.O. Box 15479
                                            Pittsburgh, PA 15237

                                            412-600-8608
                                            Diana@Stavroulakislaw.com

Respondents' Exhibit 73

IN THE COURT OF COMMON PLEAS OF ALLGHENY COUNTY,
PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH of PENNSYLVANIA        CP-02-CR-2821-2012

v.

MATTHEW EBO                          JUDGE LAZZARA

### CONCISE STATEMENT OF ERRORS ON APPEAL

AND NOW comes the Matthew Ebo, (Ebo), through his attorney Diana Stavroulakis, Esquire, and submits this *Concise Statement of Errors on Appeal* pursuant to Rule 1925(b) of the Rules of Appellate Procedure:

1. The PCRA Court erred in denying relief where Ebo established his after-discovered evidence claim through Raglin's exculpatory eyewitness testimony.

2. The PCRA Court erred in denying relief by incorrectly concluding that Raglin's testimony was offered solely to impeach Robinson's testimony, when in fact it was being offered as substantive, exculpatory evidence establishing Ebo's innocence.

3. The PCRA Court erred in denying relief because Raglin's testimony is likely to compel a different verdict at a new trial.

Respectfully Submitted,

 /s/Diana Stavroulakis
Diana Stavroulakis, Esq.

# PROOF OF SERVICE

I, undersigned counsel, do hereby verify that this pleading has been PACFiled and a courtesy copy has been mailed to the following individuals, this 1st day of February 2020, as follows:

**Service by First Class U.S.P.S. Mail:**

Hon. Beth A. Lazzara
Court of Common Pleas
509 Courthouse
436 Grant Street
Pittsburgh, PA  15219

Alicia Searfoss, Assistant District Attorney
District Attorney's Office
436 Grant Street
401 Courthouse
Pittsburgh, PA 15219

Respectfully Submitted:

/s/Diana Stavroulakis
Diana Stavroulakis

3

Respondents' Exhibit 73