1074

# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, : | No. 61 WAL 2021 |
| Respondent : | |
| : | Petition for Allowance of Appeal |
| v. : | from the Order of the Superior Court |
| : | |
| MATTHEW EBO, : | |
| Petitioner : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2021, the Petition for Allowance of Appeal is **DENIED**.

A True Copy Patricia Nicola
As Of 07/26/2021

Attest: *Patricia Nicola*
Chief Clerk
Supreme Court of Pennsylvania

Respondents' Exhibit 78